**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: TARGET CORPORATION CUSTOMER
DATA SECURITY BREACH LITIGATION  MDL No. 2522

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On April 2, 2014, the Panel transferred 27 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d (J.P.M.L. 2014). Since that time, no additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Paul A Magnuson.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Magnuson.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Minnesota for the reasons stated in the order of April 2, 2014, and, with the consent of that court, assigned to the Honorable Paul A Magnuson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: TARGET CORPORATION CUSTOMER
DATA SECURITY BREACH LITIGATION      MDL No. 2522

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| ALM | 2 | 13−00939 | Dickson, et al. v. Target Corporation |
| ALM | 2 | 13−00952 | Alabama State Employees Credit Union v. Target Corporation |
| **ALABAMA NORTHERN** | | | |
| ALN | 2 | 14−00092 | McFerrin v. Target Corporation |
| **ARKANSAS WESTERN** | | | |
| ARW | 4 | 14−04012 | Commercial Bancshares, Inc. v. Target Corporation |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 13−09461 | Kennelyn Sue Saiz v. Target Corporation et al |
| CAC | 2 | 13−09519 | Regina Merino v. Target Corporation |
| CAC | 2 | 14−00003 | Jacqueline Cullen v. Target Corporation et al |
| CAC | 2 | 14−00294 | Thomas Dorobiala et al v. Target Corporation |
| CAC | 2 | 14−01450 | Jason Kirschenstein v. Target Corporation |
| CAC | 8 | 14−00037 | Ayman Mousa v. Target Corporation |
| **CALIFORNIA EASTERN** | | | |
| CAE | 2 | 14−00156 | Lambert v. Target Corporation |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 14−00053 | Layton et al v. Target Corporation |
| CAN | 3 | 14−00129 | Alvarez v. Target Corporation |
| CAN | 3 | 14−00212 | Mancias et al v. Target Corporation |
| CAN | 3 | 14−00218 | Mongold v. Target Corporation |
| CAN | 3 | 14−00577 | Smith et al v. Target Corporation |
| **CALIFORNIA SOUTHERN** | | | |

| | | | |
|---|---|---|---|
| CAS | 3 | 14−00009 | Gaizo v. Target Corporation |
| CAS | 3 | 14−00121 | McLarry et al v. Target Corporation et al |
| CAS | 3 | 14−00563 | Gardner v. Target Corporation |

GEORGIA NORTHERN

| | | | |
|---|---|---|---|
| GAN | 1 | 14−00222 | Hawkins v. Target Corporation |

ILLINOIS NORTHERN

| | | | |
|---|---|---|---|
| ILN | 1 | 13−09336 | Due Fratelli, Inc. v. Target Corporation |

ILLINOIS SOUTHERN

| | | | |
|---|---|---|---|
| ILS | 3 | 14−00022 | Rippy v. Target Brands, Inc. |

KENTUCKY WESTERN

| | | | |
|---|---|---|---|
| KYW | 3 | 14−00035 | Meeley v. Target Corporation |

LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 14−00570 | First National Bank USA v. Target Corporation of Minnesota |
| LAE | 2 | 14−00662 | McAdam v. Target Corporation |
| LAE | 2 | 14−00663 | Fraser v. Target Corporation |

LOUISIANA MIDDLE

| | | | |
|---|---|---|---|
| LAM | 3 | 14−00051 | Christina v. Target Corporation of Minnesota et al |

MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 1 | 13−13296 | Casey et al v. Target Corporation |

NEW HAMPSHIRE

| | | | |
|---|---|---|---|
| NH | 1 | 13−00555 | Raleigh v. Target Corporation |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 13−07866 | SANTOS et al v. TARGET CORPORATION et al |

NEW MEXICO

| | | | |
|---|---|---|---|
| NM | 1 | 14−00292 | Animas Credit Union v. Target Corporation |

NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 14−00338 | Pietanza et al v. Target Corporation et al |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 13−09119 | Bartlow v. Target Corporation |

NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 14−00042 | BRYANT v. TARGET CORPORATION |

NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 3 | 14−00022 | Knox v. Target Corporation |

NORTH DAKOTA

| | | | |
|---|---|---|---|
| ND | 3 | 14−00011 | Farol et al v. Target Corporation |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 1 | 13−02850 | Mannion v. Target Corporation |

OKLAHOMA NORTHERN

| | | | |
|---|---|---|---|
| OKN | 4 | 14−00083 | Noe v. Target Corporation |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 14−00209 | ELLISON v. TARGET CORPORATION et al |

PENNSYLVANIA MIDDLE

| | | | |
|---|---|---|---|
| PAM | 1 | 14−00544 | Bankers Trust Company v. Target Corporation |

PENNSYLVANIA WESTERN

| | | | |
|---|---|---|---|
| PAW | 2 | 14−00146 | FIRST CHOICE FEDERAL CREDIT UNION v. TARGET CORPORATION |
| PAW | 2 | 14−00175 | NORTH DISTRICTS COMMUNITY CREDIT UNION v. TARGET CORPORATION |

SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 4 | 14−00262 | Bess v. Target Corporation |

TENNESSEE WESTERN

| | | | |
|---|---|---|---|
| TNW | 2 | 14−02071 | Crawford v. Target Corporation |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 3 | 14−00549 | Employees Credit Union et al v. Target Corporation |

UTAH

| | | | |
|---|---|---|---|
| UT | 2 | 13−01136 | Christensen et al v. Target  Opposed 4/9/14 |

WASHINGTON WESTERN

| WAW | 2 | 14−00079 | Sutton v. Target Corporation |
| WAW | 2 | 14−00282 | Sound Community Bank v. Target Corporation |

WISCONSIN WESTERN

| WIW | 3 | 14−00105 | Schafer, Kas et al v. Target Corporation et al |