UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: TARGET CORPORATION CUSTOMER
DATA SECURITY BREACH LITIGATION**

|  |  |  |
|---|---|---|
| Marciniszyn, et al. v. Target Corporation, | ) | |
| D. Connecticut, C.A. No. 3:14-00113 | ) | MDL No. 2522 |

**CONDITIONAL TRANSFER ORDER (CTO‒2)
AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS**

On April 2, 2014, the Panel transferred 27 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d (J.P.M.L. 2014). Since that time, no additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Paul A Magnuson.

It appears that the action on this conditional transfer order comprises claims relating to: (1) allegations regarding the Target Corp. data security breach in November and December 2013; and (2) allegations regarding a payment dispute between plaintiff and Target Corp., which are not common to the MDL No. 2522 actions.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, this action is transferred under 28 U.S.C. §1407 to the District of Minnesota for the reasons stated in the order of April 2, 2014, and, with the consent of that court, assigned to the Honorable Paul A Magnuson. Counts Two, Three, and Four, which do not concern the Target Corp. data security breach, are hereby separated and simultaneously remanded to the District of Connecticut.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7‒day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel