# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: TARGET CORPORATION CUSTOMER DATA SECURITY BREACH LITIGATION, | **NOTICE OF APPEARANCE**<br><br>Case No: MDL No. 14-2522 (PAM//JJK) |
| This document relates to:<br><br>*Colleen Klein v. Target Corporation, et al.*<br>Case no. 8:13-cv-01974-AG-JPR | |

The undersigned attorney hereby notifies the Court and counsel that Aashish Y. Desai, shall appear as counsel of record for Plaintiff Colleen Klein in this case.

| | |
|---|---|
| Dated: May 6, 2014 | */s/ Aashish Y. Desai*<br>Aashish Y. Desai (CA SBN 187394)<br>Adrianne De Castro (CA SBN238930)<br>*Attorneys for Plaintiff Colleen Klein*<br>**DESAI LAW FIRM, P.C.**<br>3200 Bristol Street, Ste 650<br>Costa Mesa, CA 92626<br>Tele: (949) 614-5830<br>Fax:  (949) 271-4190<br>aashish@desai-law.com |