## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation, | MDL No. 14-2522 (PAM/JJK) |
|  | Hon. Paul A. Magnuson |
| This document relates to all actions. | **Consumer Plaintiffs' Case Management Conference Brief** |

This case management conference brief is filed jointly by plaintiffs in the

Consumer Cases pursuant to the Court's Pretrial Order No 1.

I.      **Primary Facts, Allegations, Claims and Defenses**

A.      **Factual Background**

On December 19, 2013, Target announced that credit and debit card information

for 40 million of its customers had been compromised.  A few weeks later, Target

announced that additional personal information, including email and mailing addresses

and phone numbers, of up to 70 million customers had also been exposed.  The theft

occurred at the peak of the holiday shopping season, and was initially thought to have

affected customers who used their payment cards at Target stores between November 27

and December 18, 2013.  Subsequent investigations revealed that the PII of customers

who also shopped before November 27, 2013 was compromised in the breach.  It is

believed to be the largest data security breach in United States history.

The security breach was the subject of a series of congressional hearings in

February 2014, and Target's security measures are being investigated by the Department

of Justice, the U.S. Secret Service, the Federal Trade Commission, and several states law enforcement agencies.  Target officials testified before Congress that the company only began investigating on December 12, when the Department of Justice warned the company about suspicious activity involving payment cards.

Once inside Target's systems, the cyber thieves acquired the "track data" from customer transactions at Target stores.  "Track data" is the data that is stored on a credit or debit card's the magnetic strip that is swiped when a customer makes a purchase.  The data includes the customer's name and the card number, expiration date, and three-digit CVV security code.  Target has since confirmed that encrypted PIN numbers were also stolen.  In addition, the thieves acquired a wide variety of other personally identifiable information ("PII") well beyond track data, including  names, addresses, phone numbers, e-mail addresses, and other credit and/or financial histories which Target acquires and maintains concerning its customers.

According to a report issued by the Senate Committee on Commerce, Science, and Transportation, the thieves sold and continue to sell the stolen information in black market internet forums known as "card shops."  Criminals purchase this stolen information and use it to make new, phony cards that can be used to make fraudulent purchases.  Stolen information can lie dormant for years before being used to commit fraud.

After Target's substandard security practices were made public, Target's sales declined. Target's fourth-quarter earnings report, published in February 2014, showed

2

stores' sales suffered in the weeks following the disclosure of the breach. Net income fell 46% to $520 million from $961 million in 2012, and sales were down 5.3%.  On Monday, May 5, 2014, Target's Chairman and Chief Executive, Gregg Steinhafel, was removed from his positions.

>    **B.    The Consumer Cases' Allegations**

Consumers impacted by the data breach sued Target in several federal courts, and the JPML has transferred the cases to this Court for coordinated proceedings.  Plaintiffs in the Consumer Cases allege, generally, that Target failed to take reasonable measures to protect its customers' financial and personal information.  This alleged failure allowed the cyber thieves to exploit vulnerabilities in Target's point-of-sale systems, and to access and extract customer data for resale on the black market.  The Consumer Plaintiffs also allege that Target's security procedures did not comply with industry standards established by the Payment Card Industry Security Standards Council.  The Consumer Plaintiffs contend that Target has compromised the security of their account and personal information, exposed them to a continuing risk of fraud and identity theft, and that Target's conduct has allowed the data thieves to place unauthorized charges on counterfeit cards, open new lines of credit, and drain bank accounts.  Moreover, the Consumer Plaintiffs contend that had they known of Target's substandard security procedures and methods of collecting and storing  customers' PII, they would have paid substantially less for Target's goods and services, or would have not paid at all (*i.e.*, Plaintiffs would have purchased the same product from a different in-store consumer-

goods retailer).

Plaintiffs in the Consumer Cases assert claims for violations of state consumer protection acts and data breach statutes, violations of the Federal Stored Communications Act, and negligence, fraud, breach of contract, unjust enrichment, bailment, conversion, and invasion of privacy. They seek damages and injunctive relief that will require Target to comply with data security protocols necessary to prevent future breaches.

### C.    Target's Defenses

To Plaintiffs' knowledge, Target has not responded to any of the operative complaints. Plaintiffs do not yet know what affirmative defenses Target intends to assert.

## II.    Procedural Status of the MDL Cases

### A.    Discovery

Most of the cases were stayed before they were transferred to this Court, so formal discovery has yet to begin. No depositions have been conducted, no written discovery has been answered, and no documents have been produced. Target has represented that it is preserving all documents and data related to the data breach and the allegations in this case. In addition, with the consent of Judge Gettleman of the Northern District of Illinois, preservation subpoenas have been issued by certain plaintiffs to third parties likely to have discoverable information, including Target vendors and business associates Microsoft, Ariba, Inc., Fazio Mechanical Services, Inc., Bank of America Corporation, and Trustwave. Responses, objections and productions of documents in response to those subpoenas were stayed by Judge Gettleman, although Microsoft has served objections to

4

the subpoena.  *See In Re: Target Corporation Customer Security Breach Litigation*, N.D.

Ill. Case No. 13-cv-09070, Dkt. No. 77 (Feb. 27, 2014).

### B.    Motions, Decisions, and Other Important Events

Target has not responded to any of the complaints and most of the cases were

stayed pending transfer to the MDL.  Prior to the transfer, plaintiffs in the Northern

District of Illinois Consumer Cases filed several motions, including motions for a

preliminary injunction, protective orders and class certification.  The motions were all

denied or withdrawn without prejudice, and the case was eventually stayed.  No motions

have been filed in this Court since the cases were transferred by the JPML.  Plaintiffs will

submit their recommendations for the leadership structure for the consolidated litigation

as a whole and for the Consumer Cases in accordance with procedures outlined by the

Court in Pretrial Order No. 1.

### III.   Status of Related State Court Litigation

Target removed several Consumer Cases from state court.  Plaintiffs are not aware

of any related cases that are still pending in state court.  Plaintiffs suggest that the Court

direct Target to notify plaintiffs and the Court if it is served with related litigation in a

state court.  If any state case is filed and not removed, plaintiffs propose to confer with

Target and counsel for the plaintiffs in the state case regarding coordination and update

the Court on the status of the coordination efforts at the monthly status conferences.  The

parties may suggest that the Court contact the state court judge.

5

**IV.     Prediction of the Number of Cases That May Become Part of This MDL**

As of May 1, 2014, the JPML had transferred a total of 111 cases to this Court for coordinated proceedings.  Plaintiffs anticipate that some additional cases will be transferred or filed in this Court, although the number of new filings has steadily decreased.

**V.     Discovery**

**A.     Coordination Among the Cases**

Plaintiffs will work cooperatively to coordinate discovery.  Plaintiffs propose that the firms appointed by the Court as lead or co-lead counsel for the Consumer, Bank and Shareholders Cases form a discovery committee consisting of a representative from each of the cases and liaison counsel for the litigation as a whole be charged with ensuring that written discovery and depositions are coordinated to the extent possible and not unnecessarily duplicative.  Plaintiffs also suggest that the parties adopt a bates-numbering system that will clearly identify the producing party, and that Target simultaneously produce documents to plaintiffs in the Consumer, Bank and Shareholder Cases.

**B.     Plaintiffs' Anticipated Discovery**

Plaintiffs in the Consumer Cases intend to focus their discovery on the following key topics and issues:  (1) Target's IT network architecture, including the structure of Target's point of sale system for accepting debit and credit card payments, how its stores and transmits payment card information, and how it stores and transmits PII (both before and after the breach); (2) Target's privacy and security policies for protecting its

6

customer information, including its Data Loss Prevention Program, encryption standards and algorithms (both before and after the breach); (3) how the data breach occurred, including what malware was used and how the data was retrieved; (4) what information was stolen in the data breach; (5) whether Target complied with applicable industry standards and best practices for securing customer data, including its Payment Card Industry (PCI) compliance information; (6) Target's risk assessments concerning vulnerabilities of its security systems and firewalls relating to customer payment card information and personally identifiable information; (7) Target's knowledge of potential problems with its data security before the breach, including prior breaches and threatened breaches; (8) Target's discovery, investigation and analysis of the data breach; (9) Target's decision making process regarding when and how to notify the public that its system had been breached; (10) reports and analyses regarding the data breach that Target exchanged with government agencies and credit card companies; (11) Target's budget and expenditure allocations for data security; (12) the identity of Target's data security vendors, and Target's policies and procedures for vendor access to Target's databases that contained customer information; (13) Target's criteria, guidelines, rules, or standards for granting network, server and system access to its employees and vendors, including retail, technical, administrative and executive employees and vendors, and "super users" (employees and agents who have all levels of access to Target's networks, servers, systems and "active directory"); and (14) Target's network architecture maps and flow diagrams, both before and after the breach.

7

### C.      Electronic Discovery

The parties have only preliminarily discussed the format and procedures for production of electronically stored information (ESI), although all agree that ESI is an integral part of this litigation.  The parties are particularly attuned to the fact that the production and handling of ESI in this case may carry the risk of further disclosures of class members' personal information.  Plaintiffs anticipate negotiating an ESI stipulation with Target once lead counsel is appointed, which they will submit to the Court for consideration.

### D.      Protective Order

The parties expect to stipulate to a protective order governing the treatment of confidential information once lead counsel is appointed, which they will submit to the Court for consideration.  The parties will refer to the Court's proposed form protective order for guidance.

### E.      Document Repository

Given the number of cases, plaintiffs, and attorneys, a shared document repository for the Consumer, Bank and Shareholder cases makes sense and will increase efficiency. The document repository must comply with strict security protocols set forth in the protective order to be agreed upon by the parties and entered by this Court.  Managed properly, the use of single, shared document repository should greatly minimize the risk of disclosure of class members' personal information.

8

### F.   Changes to the Federal Rules' Limitations on Discovery

Given the number of parties and the complexity of the litigation, the plaintiffs may request leave to take more than the ten depositions allowed by Rule 30.

### G.   Expert Discovery

Plaintiffs anticipate that this case will require a number of expert witnesses, including experts on data security, industry standards, and plaintiffs' damages.

### H.   Procedures for Resolving Discovery Disputes

To reduce the amount of motion practice and increase efficiency, plaintiffs propose that discovery disputes be resolved through letter briefing and regular discovery conferences.  Plaintiffs believe that the use of an expedited process for resolving discovery disputes will save the parties and the Court time and resources.  Plaintiffs propose that if, after meeting and conferring in good faith, the parties are unable to resolve a discovery dispute, the moving party should submit a five-page letter summarizing its position and any relevant legal authority and the opposing party will have seven days to submit a five-page letter in response.  The Magistrate Judge may then hold a telephonic hearing on the discovery matter or rule without a conference.  If a party wishes to object to the Magistrate Judge's order, it must file a motion to be heard by the Court at the next regularly scheduled status conference.

## VI.   Stipulations Regarding Service

Plaintiffs will stipulate to accept service through the liaison counsel appointed for the Consumer, Bank and Shareholder Cases, and that all documents and pleadings may

be served by email if practicable.

## VII.   Master Complaint

Lead counsel for the Consumer Cases will file a consolidated complaint.  Plaintiffs have included a date for filing the consolidated complaints in their proposed schedule.

## VIII.  Trial Date

Plaintiffs propose a trial date of January 19, 2016.  Plaintiffs have requested a jury trial and estimate that trial will take 14 to 21 days, depending on how many issues are resolved through pretrial motions and stipulation.

## IX.   Proposed Schedule

Plaintiffs propose the following schedule:

| Action/Event | Proposed Date |
|---|---|
| Last day to conduct Rule 16 meet and confer and Rule 26 conference | 14 days after the Court enters an order appointing lead counsel |
| File proposed protective order and ESI protocol | 28 days after the Court enters an order appointing lead counsel |
| Exchange Rule 26(a) initial disclosures | 28 days after the Court enters an order appointing lead counsel |
| File consolidated complaints | 42 days after the Court enters an order appointing lead counsel |
| File motions to dismiss | 35 days after filing of the consolidated complaint |
| File responses to motions to dismiss | 28 days after filing of the motion to dismiss |
| File replies to motions to dismiss | 14 days after filing of the response |

10

| | |
|---|---|
| Deadline to amend pleadings and/or join parties | November 21, 2014 |
| File motions for class certification | December 5, 2014 |
| File responses to motions for class certification | January 23, 2015 |
| File replies to motions for class certification | February 20, 2015 |
| Last day to conduct initial settlement conference | March 27, 2015 |
| Fact discovery cut-off | April 30, 2015 |
| Exchange of expert reports | May 29, 2015 |
| Exchange of rebuttal expert reports | June 26, 2015 |
| Expert discovery cut-off | July 24, 2015 |
| Last day to file non-dispositive motions | August 22, 2015 |
| Last day to file dispositive motions | September 17, 2015 |
| Last day for hearing of dispositive motions | October 29, 2015 |
| Last day to conduct final settlement conference | November 13, 2015 |
| Pre-trial conference for Consumer Case | December 7, 2015 |
| Trial of Consumer Case | January 19, 2016 |

Dated:  May 7, 2014

Respectfully submitted,

s/ Vincent J. Esades
Vincent J. Esades (MN #249361)
David Woodward (MN #018844X)
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile:  (612) 338-4692
vesades@heinsmills.com
dwoodward@heinmills.com

11

Counsel for Plaintiffs in Alonso III v.
Target Corporation, 0:13-cv-03601,
Salvador, et al. v. Target Corporation,
0:14-cv-00022, Prado v. Target
Corporation, 0:14-cv-00077,  Reynoso v.
Target Corporation, et al., 0:14-cv-00347
and Trexler v. Target Corporation,
0:14-cv-00866

s/ *Daniel C. Girard*
Daniel C. Girard
Matthew B. George
Girard Gibbs LLP
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dcg@girardgibbs.com
mbg@girardgibbs.com
Counsel for Plaintiff in Dorobiala, et al.
v. Target Corporation, 0:14-cv-01081

s/ *Robert A. Clifford*
Robert A. Clifford
Shannon M. McNulty
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, Illinois 60602
(312) 899-9090
Counsel for Plaintiff in Due Fratelli, Inc.
v. Target Corp., 13-cv-9336 (N.D. Ill.)

s/ *John A. Yanchunis*
John A. Yanchunis
Tamra Carsten Givens
Morgan & Morgan Complex Litigation
Group
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
Counsel for Plaintiffs in Ellis v.

Target Corp., 13-cv-9232 (N.D. Ill.),
Gray v. Target Corp., 13-cv-62769 (S.D.
Fla.), and Crawford v. Target
Corporation, 2:14-cv-02071 (W.D.
Tenn.)

Thomas E. Loeser
Hagens Berman Sobol Shapiro LLP
1918 Eighth Ave., Ste. 3300
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
toml@hbsslaw.com
Counsel for Plaintiffs in Mancias, et al. v.
Target Corporation, 0:14-cv-01090 and
Smith, et al. v. Target Corporation, 0:14-
cv-01092

Jeff D. Friedman
Hagens Berman Sobol Shapiro LLP
715 Hearst Ave., Ste. 202
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
jeff@hbsslaw.com
Counsel for Plaintiffs in Mancias, et al. v.
Target Corporation, 0:14-cv-01090 and
Smith, et al. v. Target Corporation, 0:14-
cv-01092

Samuel H. Rudman
Robert M. Rothman
Mark S. Reich
William J. Geddish
Robbins, Geller, Rudman & Dowd, LLP
58 South Service Road, Ste. 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
srudman@rgrdlaw.com
rrothman@rgrdlaw.com
mreich@rgrdlaw.com
wgeddish@rgrdlaw.com
Counsel for Plaintiff in Savedow v. Target
Corporation, 0:14-cv-00054

Stuart A. Davidson
Mark J. Dearman
Christopher C. Martins
Robbins, Geller, Rudman & Dowd, LLP
120 East Palmetto Park Road, Ste. 500
Boca Raton, FL 33432
Tel: (561) 750-3000
Fax: (561) 750-3364
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
cmartins@rgrdlaw.com
Counsel for Plaintiff in Savedow v. Target
Corporation, 0:14-cv-00054

Thomas A. Zimmerman, Jr.
Adam M. Tamburelli
Frank J. Stretz
Zimmerman Law Offices, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020
Counsel for Plaintiff in *Due Fratelli, Inc. v. Target Corp.*, 13-cv-9336 (N.D. Ill.)

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
(312) 739-4200
Counsel for Plaintiffs in *Novak v. Target Corporation*, 1:13-cv-9165 (N.D. Ill.)

Mark T. Lavery
Hyslip & Taylor LLC LPA
917 W. 18th Street, Suite 200
Chicago, IL 60608
(312) 508-5480
Counsel for Plaintiff in *Ponce v. Target Corp.*, 13-cv-9070 (N.D. Ill.)

Joseph J. Siprut
Gregg M. Barbakoff
Gregory W. Jones
Siprut P.C.
17 North State Street, Suite 1600
Chicago, Illinois 60602
(312) 236-0000
Counsel for Plaintiff in *McPherson v. Target Corp.*, 13-cv-9188 (N.D. Ill.)

Michael F. Ram
Ram, Olson, Cereghino & Kopczynski
555 Montgomery Street, Suite 820
San Francisco, California 94111
(415) 433-4949
Counsel for Plaintiff in *Due Fratelli, Inc. v. Target Corp.*, 13-cv-9336 (N.D. Ill.)
Counsel for Plaintiff in *Wredberg v. Target Corp.*, 3:13-cv-05885-SC (N.D. Cal.)
Counsel for Plaintiff in *Merino v. Target Corporation*, 2:13-cv-09519 (C.D. Cal.)

Christopher V. Langone
207 Texas Lane
Ithaca, NY 14850
(607) 592-2661
Counsel for Plaintiff in *Ponce v. Target Corp.*, 13-cv-9070 (N.D. Ill.)

Kenneth M. DucDuong
KMD Law Office
35 W. Wacker Dr., 9th Floor
Chicago, Illinois 60601
(312) 854-7006
Counsel for Plaintiff in *McCarter v. Target Corp.*, 13-cv-9147 (N.D. Ill.)

Peter S. Stamatis
Steven S. Shonder
Law Offices of Peter S. Stamatis, PC
77 West Wacker Drive, Suite 4800
Chicago, Illinois 60601
(312) 606-0045
Counsel for Plaintiff in *Ellis v. Target Corp.*, 13-cv-9232 (N.D. Ill.)

Steven M. Goldberg
Steven M. Goldberg Co., L.P.A
Solon Business Campus
31300 Solon Road, Suite 12

Warner Law Firm, LLC
1400 E. Touhy Ave. Ste. 260
Des Planes, IL 60018
(847) 701-5290
Counsel for Plaintiff in *Vasquez v. Target Corp.*, 1:13-cv-09279 9 (N.D. Ill.)

John Driscoll, Esq.
The Driscoll Firm P.C.
211 N. Broadway, 40th Floor
St. Louis, MO  63102
(314) 932-3232
Counsel for Plaintiffs in *Switzer, et al. v. Target Corp.*, 13-cv-01319 (S.D. Ill.)

John R. Hurley
Daniel Chris Quintero
Edward Gregory Roy
Prometheus Partners L.L.P.
The Mills Building
220 Montgomery Street Suite 1094
San Francisco, CA 94104
(415) 527-0255
Counsel for Plaintiffs in *Guzman v. Target Corporation*, 3:13-cv-05953-SC (N.D. Cal.)

Joel R. Rhine
Jean Sutton Martin
Rhine Martin Law Firm, P.C.
1612 Military Cutoff Road Suite 300
Wilmington, North Carolina 28403
(910) 772-9960
Counsel for Plaintiff in *Bryant v. Target Corporation*, 1:14-cv-00042 (M.D.N.C.)

Anthony D. Irpino
Louise Crouchet Higgins
Pearl A. Robertson
Irpino Law Firm

Solon, Ohio 44139
(440) 519-9900
Counsel for Plaintiff in *Mannion v. Target Corp.*, 1:13-cv-02850 (N.D. Ohio)

Tina Wolfson
Robert Ahdoot
Bradley K. King
Theodore W. Maya
Ahdoot & Wolfson, P.C.
1016 Palm Avenue
West Hollywood, CA 90069
(310) 474-9111
Counsel for Plaintiff in *Kirk v. Target Corp.*, 3:13-cv-05885 (N.D. Cal.)
Counsel for Plaintiff in *Merino v. Target Corporation*, 2:13-cv-09519 (C.D. Cal.)

Gene J. Stonebarger
Stonebarger Law, APC
75 Iron Point Circle, Suite 145
Folsom, CA 95630
(916) 235-7140
Counsel for Plaintiff in *Mongold v. Target Corp.*, 3:14-cv-00218 (N.D. Cal.)

Gillian L. Wade
Sara D. Avila
Milstein Adelman, LLP
2800 Donald Douglas Loop North
Santa Monica, California 90405
(310) 396-9600
Counsel for Plaintiff in *Saiz v. Target Corp.*, 13-cv-09461 (C.D. Cal)

Joseph Henry Bates, III
Randy Pulliam
David Slade
Carney Bates & Pulliam, PLLC
11311 Arcade Drive, Suite 200
Little Rock, Arkansas  72212

15

2216 Magazine St.
New Orleans, LA 70130
(504) 525-1500
Counsel for Plaintiff in *Hawkins v. Target Corp.*, 2:13-cv-06770-LMA-KWR (E.D. La.)

Paul C. Whalen
Law Office of Paul C. Whalen, P.C.
768 Plandome Road
Manhasset, NY 11030
(516) 627-5610
Counsel for Plaintiffs in *Shanley v. Target Corp.*, 2:13-cv-07279 (E.D.N.Y.)

Peter N. Wasylyk
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908
(401) 831-7730
Counsel for Plaintiffs in *Knowles v. Target Corp.*, 1:13-cv-00793 (D.R.I.)

Charles H. Thronson
J. Michael Bailey
Richard E. Mrazik
Adam E. Weinacker
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 532-1234
Counsel for Plaintiffs in *Rothschild v. Target Corp.*, 1:13-cv-00178 (D. Utah)

Francis J. "Casey" Flynn, Jr.
Tiffany M. Yiatras
Carey, Danis & Lowe
8235 Forsyth Boulevard, Suite 1100
Saint Louis, Missouri  63105-1643
(314) 725-7700
Counsel for Plaintiffs in *Ransom, et al. v.*

(501) 312-8500
Counsel for Plaintiff in *Saiz v. Target Corp.*, 13-cv-09461 (C.D. Cal)

Beth E. Terrell
Terrell Marshall Daudt & Willie, PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
(206) 816-6603
Counsel for Plaintiff in *Sylvester v. Target Corp.*, 2:13-cv-02286-RAJ (W.D. Wash.)
Counsel for Plaintiff in *Purcell v. Target Corp.*, 3:13−cv−02274−JE (D. Or.)

E. Michelle Drake
Joseph C. Hashmall
Nichols Kaster, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 256-3200
Counsel for Plaintiffs in *Burkstrand v. Target Corp.*, 13-cv-03593 (D. Minn.)

Edward K. O'Brien
O'Brien Law Firm PC
One Sundial Ave, 5th Fl
Manchester, NH 03103
(603) 672-3800
Counsel for Plaintiffs in *Raleigh v. Target Corporation*, 1:13-cv-00555 (D.N.H.)

Diandra Debrosse
Gentle Turner Sexton Debrosse Harbison
501 Riverchase Parkway East, Suite 100
Hoover, AL 35244
(205) 716-3000
Counsel for Plaintiffs in *McFerrin v. Target Corporation*, 2:14-cv-00092 (N.D. Ala.)

16

*Target Corporation*, 4:13-cv-02591 (E.D. Mo.)

James R. Patterson
Allison H. Goddard
Elizabeth R. Favret
Patterson Law Group, APC
402 West Broadway, 29th Floor
San Diego, CA 92101
(619) 398-4760
Counsel for Plaintiffs in *McLarry v. Target Corp.*, 3:14-cv-00121 (S.D. Cal.)

Edward F. Haber
Adam M. Stewart
Thomas G. Shapiro
Shapiro Haber & Urmy LLP
53 State Street, 37th Floor
Boston, MA 02109
(617) 439-3939
Counsel for Plaintiffs in *Heller v. Target Corporation*, 1:13-cv-13257 (D. Mass.)

Carlin J. Phillips
Phillips & Garcia, LLP
13 Ventura Drive
North Dartmouth, MA 02747
(508) 998-0800
Counsel for Plaintiffs in *Derba v. Target Corporation*, 1:13-cv-13267 (D. Mass.)

Todd M. Friedman
Law Offices of Todd M Friedman PC
369 South Doheny Drive Suite 415
Beverly Hills, CA 90211
(877) 206-4741
Counsel for Plaintiffs in *Mousa v. Target Corporation*, 8:14-cv-00037 (C.D. Cal.)


Thomas G. Maag

Douglas Gregory Blankinship
Jeremiah Lee Frei-Pearson
Shin Young Hahn
Todd Seth Garber
Meiselman, Packman, Nealon, Scialabba & Baker P.C.(WPl)
1311 Mamaroneck Avenue
White Plains, NY 10605
(914) 517-5000
Counsel for Plaintiffs in *Bartlow v. Target Corporation,* 1:13-cv-09119 (S.D.N.Y.)

Darryl Antonio Stallworth
Law Office of Darryl A. Stallworth
2355 Broadway, Suite 303
Oakland, CA 94612
(510) 271-1900
Counsel for Plaintiffs in *Alvarez v. Target Corporation*, 3:14-cv-00129 (N.D. Cal.)

Dennis G. Pantazis
Wiggins Childs Quinn & Pantazis
301 19th Street, North
The Kress Building
Birmingham, AL 35203
Counsel for Plaintiffs in *Bess v. Target Corp.*, 4:14-cv-00262 (D.S.C.)
Counsel for Plaintiffs in *Hawkins v. Target Corporation,* 1:14-cv-00222 (N.D. Ga.)

Prescott Wayne Littlefield
Kearney Littlefield LLP
633 W. 5th Street, 28th Floor
Los Angeles, CA 90071
(213) 473-1900
Counsel for Plaintiffs in *Lambert v. Target Corporation*, 2:14-cv-00156 (E.D. Cal.)

Anthony J. Orshansky
Justin K. Kachadoorian
Counselone PC

Maag Law Firm, LLC
22 West Lorena Ave.
Wood River, IL 62095
(618) 216-5291
Counsel for Plaintiffs in *Rippy v. Target Brands, Inc.*, 3:14-cv-00022 (S.D. Ill.)

Jasper D. Ward
Jones Ward PLC
312 S. Fourth Street, 6th Floor
Louisville, KY 40202
(502) 882-6000
Counsel for Plaintiffs in *Meeley v. Target Corporation*, 3:14-cv-00035 (W. Ky.)

Gayle M. Blatt
Jason C. Evans
Wendy M. Behan
Casey, Gerry, Schenk, Francavilla, Blatt & Penfield LLP
110 Laurel Street
San Diego, CA 92101-1406
(619) 238-1811
Counsel for Plaintiff in *Bohannon v. Target Corporation,* 3:13-cv-03139 (S.D. Cal.)

Cornelius P. Dukelow
Abington Cole
320 S. Boston Avenue, Suite 1130
Tulsa, OK 74103
(918) 588-3400
Counsel for Plaintiff in *Noe v. Target Corporation* (N.D. Ok.)

William B. Federman
Federman & Sherwood
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560
Counsel for Plaintiff in *Noe v. Target Corporation* (N.D. Ok.)

9301 Wilshire Boulevard Suite 650
Beverly Hills, CA 90210
(310) 277-9945
Counsel for Plaintiffs in *Mousa v. Target Corporation*, 8:14-cv-00037 (C.D. Cal.)

Seyed Abbas Kazerounian
Jason A. Ibey
Kazerouni Law Group, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
(800) 400-6808
Counsel for Plaintiffs in *Mousa v. Target Corporation*, 8:14-cv-00037 (C.D. Cal.)

William Gregory Dobson
Lober, Dobson & Desai, LLC
830 Mulberry Street, Suite 201
Macon, GA 31201
(478) 745-7700
Counsel for Plaintiffs in *Bess v. Target Corp.*,
4:14-cv-00262 (D.S.C.)
Counsel for Plaintiffs in *Hawkins v. Target Corporation,* 1:14-cv-00222 (N.D. Ga.)

Todd L. Lord
Law Office of Todd L. Lord
P.O. Box 901
4 Courthouse Square
Cleveland, GA 30528
(706) 219-2239
Counsel for Plaintiffs in *Bess v. Target Corp.*, 4:14-cv-00262 (D.S.C.)
Counsel for Plaintiffs in *Hawkins v. Target Corporation,* 1:14-cv-00222 (N.D. Ga.)

Alan Harris
Priya Mohan
Harris and Ruble
Harris and Ruble

4771 Cromwell Avenue
Los Angeles, California 90027
(323) 962-3777
Counsel for Plaintiff in *Layton v. Target Corporation* (N.D. Cal.)

Jere L. Beasley
W. Daniel "Dee" Miles, III
Larry A. Golston
Andrew E. Brashier
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
272 Commerce St.
PO Box 4160
Montgomery, AL 36103-4160
Tel: (334) 269-2343
Fax: (334) 954-7555
Counsel for Plaintiff in Dickson, et al. v. Target Corporation, 0:14-cv-01073

Kevin T. Barnes
Gregg Lander
Law Offices of Kevin T. Barnes
5670 Wilshire Blvd., Ste. 1460
Los Angeles, CA 90036-5664
Tel: (323) 549-9100
Fax: (323) 549-0101
Counsel for Plaintiff in Cullen v. Target Corporation, et al., 0:14-cv-01080

Eric H. Gibbs
Matthew B. George
Jennifer L. McIntosh
Daniel Girard
Girard Gibbs LLP
601 California St., 14th Floor
San Francisco, CA 94104
Tel: (415) 981-4800
Fax: (415) 981-4846
Counsel for Plaintiff in Dorobiala, et al. v. Target Corporation, 0:14-cv-01081

Timothy G. Blood
Thomas J. O'Reardon II
Paula M. Roach
Blood Hurst & O'Reardon, LLP
701 B St., Ste. 1700
San Diego, CA 92101
Tel: (619) 338-1100
Fax: (619) 338-1101
Counsel for Plaintiff in Del Gaizo v. Target Corporation, 0:14-cv-01093

Alexander M. Schack
Natasha A. Naraghi
Law Offices of Alexander M. Schack
16870 West Bernardo Drive, Ste. 400
San Diego, CA 92127
Tel: (858) 485-6535
Fax: (858) 485-0608
Counsel for Plaintiff in Gardner v. Target Corporation, 0:14-cv-01097

Geoffrey J. Spreter
Spreter Legal Services, APC
601 Third St.
Coronado, CA 92118
Tel: (858) 865-7986
Counsel for Plaintiff in Gardner v. Target Corporation, 0:14-cv-01097

Benjamin M. Lopatin
The Law Offices of Howard W. Rubinstein, P.A.
One Embarcadero Center, Ste. 500
San Francisco, CA 94111
Tel: (800) 436-6437

19

Todd D. Muhlstock
Baker Sanders LLC
100 Garden City Plaza, Ste. 500
Garden City, NY 11530
Tel: (516) 741-4799
Fax: (516) 741-3777
Counsel for Plaintiff in Dorobiala, et al. v.
Target Corporation, 0:14-cv-01081

Jason S. Hartley
Stueve Siegel Hanson LLP
550 West C St., Ste. 1750
San Diego, CA 92101
Tel: (619) 400-5822
Fax: (619) 400-5832
Counsel for Plaintiff in Kirschenstein v.
Target Corporation, 0:14-cv-01082

Norman E. Siegel
Stueve Siegel Hanson LLP
460 Nichols Road, Ste. 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
Counsel for Plaintiff in Kirschenstein v.
Target Corporation, 0:14-cv-01082

Aashish Y. Desai
Maria Adrianne De Castro
Desai Law Firm, P.C.
3200 Bristol St., Ste. 650
Costa Mesa, CA 92626
Tel: (949) 614-5830
Fax: (949) 271-4190
Counsel for Plaintiff in Klein v. Target
Corporation, et al., 0:14-cv-00933

Aashish Y. Desai
Desai Law Firm, P.C.
401 Congress Ave., Ste. 1540

Fax: (415) 692-6607
Counsel for Plaintiff in Council v. Target
Corporation, 0:14-cv-00938

Carlos Raul Diez-Arguelles
Jack T. Cook
Maria D. Tejedor
Diez-Arguelles & Tejedor, PA
505 N. Mills Ave.
Orlando, FL 32803
Tel: (407) 705-2880
Fax: (888) 611-7879
Counsel for Plaintiff in Cruz v. Target
Corporation, 0:14-cv-00939

Mario M. Choi
Linda M. Fong
Laurence D. King
Kaplan, Fox & Kilsheimer, LLP
350 Sansome St., Ste. 400
San Francisco, CA 94104
Tel: (415) 772-4700
Fax: (415) 772-4707
Counsel for Plaintiff in Kwan v. Target
Corporation, et al., 0:14-cv-00940

Marc A Wites
Wites & Kapetan, P.A.
4400 N. Federal Highway
Lighthouse Point, FL 33064
Tel: (954) 570-8989
Fax: (954) 354-0205
Counsel for Plaintiff in Kwan v. Target
Corporation, et al., 0:14-cv-00940

Tim Howard
Howard & Associates, P.A.
2120 Killarney Way, Ste. 125
Tallahassee, FL 32309
Tel: (850) 298-4455
Counsel for Plaintiff in Carlson v. Target

Austin, TX 78701
Tel: (512) 687-3455
Fax: (512) 687-3499
Counsel for Plaintiff in Klein v. Target
Corporation, et al., 0:14-cv-00933

James R. Dugan
Douglas R. Plymale
David B. Franco
Chad Primeaux
Lanson Bordelon
The Dugan Law Firm, APLC
One Canal Place
365 Canal Street, Ste. 1000
New Orleans, LA 70130
Tel: (504) 648-0180
Fax: (504) 648-0181
Counsel for Plaintiffs in Fraser v. Target
Corporation, 0:14-cv-01104 and McAdam
v. Target Corporation, 0:14-cv-01103

Russ M. Herman
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
Counsel for Plaintiffs in Fraser v. Target
Corporation, 0:14-cv-01104 and McAdam
v. Target Corporation, 0:14-cv-01103

Roderick Alvendia
Alvendia, Kelly & Demarest, LLC
909 Poydras Street, Ste. 1625
New Orleans, LA 70112
Tel: (504) 200-0000
Fax: (504) 200-0001
Counsel for Plaintiffs in Fraser v. Target
Corporation, 0:14-cv-01104 and McAdam
v. Target Corporation, 0:14-cv-01103

Corporation, 0:14-cv-01233

Richard A. Daynard
Of Counsel, Howard & Associates, P.A.
400 Huntington Avenue
Boston, MA 02115
Counsel for Plaintiff in Carlson v. Target
Corporation, 0:14-cv-01233

Matthew B. Moreland
Daniel E. Becnel
Salvadore Christina
Becnel Law Firm, LLC
106 W. Seventh St.
P.O. Drawer H
Reserve, LA 70084
Tel: (985) 536-1186
Fax: (985) 536-6445
Counsel for Plaintiff in Lagarde v. Target
Corporation, et al., 0:14-cv-00950

Camilo K. Salas, III
Salas & Co., L.C.
650 Poydras St., Ste. 2000
New Orleans, LA 70130
Tel: (504) 799-3080
Fax: (504) 799-3085
Counsel for Plaintiff in Christina v. Target
Corporation, et al., 0:14-cv-01105

John L. Fink
Forghany Law, P.C.
1 Canal St., Ste. 201
Lawrence, MA 01840
Tel: (508) 887-0921
Counsel for Plaintiff in Tirado v. Target
Corporation, et al., 0:14-cv-00951

Jason T. Brown
Gian Fanelli
JTB Law Group, LLC

21

Mila F. Bartos
Stan M. Doerrer
Finkelstein Thompson LLP
1077 30th St., NW, Unit 150
Washington, DC 20009
Tel: (202) 337-8000
Fax: (202) 337-8090
Counsel for Plaintiff in Derba v. Target
Corporation, 0:14-cv-00953

Carlin Phillips
Philips & Garcia, P.C.
13 Ventura Drive
N. Dartmouth, MA 02747
Tel: (508) 998-0800
Fax: (508) 998-0919
Counsel for Plaintiff in Derba v. Target
Corporation, 0:14-cv-00953

David Pastor
Pastor Law Office, LLP
63 Atlantic Ave., 3rd Floor
Boston, MA 02110
Tel: (617) 742-9700
Fax: (617) 742-9701
Counsel for Plaintiff in Casey, et al. v.
Target Corporation, 0:14-cv-01106

Preston W. Leonard
Leonard Law Office, LLP
139 Charles St., Ste. A121
Boston, MA 02114
Tel: (617) 329-1295
Counsel for Plaintiff in Casey, et al. v.
Target Corporation, 0:14-cv-01106

Janine L. Pollack
Wolf Haldenstein Adler Freeman & Herz,
LLP
270 Madison Ave.

155 2nd St., Ste. 4
Jersey City, NJ 07302
Tel: (201) 630-0000
Fax: (855) 582-5297
Counsel for Plaintiff in Tirado v. Target
Corporation, et al., 0:14-cv-00951

Clayton D. Halunen
Melissa W. Wolchansky
1650 IDS Center
80 South Eighth St.
Minneapolis, MN 55402
Tel: 612.605.4098
Fax: 612/605.4099
Counsel for Plaintiff in Savedow v. Target
Corporation, 0:14-cv-00054

Gregory N. McEwen
McEwen Law Firm, Ltd.
5850 Blackshire Path
Inver Grove Heights, MN 55076
Tel: (651) 224-3833
Fax: (651) 223-5790
Counsel for Plaintiffs in Horton v. Target
Corporation, et al., 0:13-cv-03583 and
Hachey, et al. v. Target Corporation, et al.,
0:14-cv-00320

Jason T. Brown
Gian M. Fanelli
Zijian Guan
JTB Law Group, LLC
155 2nd St., Ste. 4
Jersey City, NJ 07302
Tel: (201) 630-0000
Fax: (855) 582-5297
Counsel for Plaintiffs in Horton v. Target
Corporation, et al., 0:13-cv-03583 and
Hachey, et al. v. Target Corporation, et al.,
0:14-cv-00320

New York, NY 10016
Tel: (212) 545-4600
Counsel for Plaintiff in Casey, et al. v.
Target Corporation, 0:14-cv-01106

Haidar Alsaleh
Haidar Alsaleh, PLC
18556 Filmore St.
Livonia, MI 48152
Tel: (313) 338-9040
Counsel for Plaintiff in Nero, et al. v.
Target Corporation, et al., 0:14-cv-01152

Paul F. Novak
Milberg LLP
One Kennedy Square
777 Woodward Ave., Ste. 890
Detroit, MI 48226
Tel: (313) 309-1760
Fax: (313) 447-2038
Counsel for Plaintiffs in Alonso III v.
Target Corporation, 0:13-cv-03601 and
Reynoso v. Target Corporation, et al.

Andrei V. Rado
John Seredynski
Milberg LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Tel: (212) 594-5300
Fax: (312) 346-0022
Counsel for Plaintiffs in Alonso III v.
Target Corporation, 0:13-cv-03601 and
Reynoso v. Target Corporation, et al.

Robert I. Lax
LAX LLP
380 Lexington Ave., 31st Floor
New York, NY 10168
Tel: (212) 818-9150
Fax: (212) 208-4309

Rand P. Nolen
George M. Fleming
Gregory D. Brown
Fleming, Nolen & Jez, LLP
2800 Post Oak Blvd., Ste. 4000
Houston, TX 77056-3019
Tel: (713) 621-7944
Fax: (713) 621-9638
Counsel for Plaintiff in Ashenfarb, et al. v.
Target Corporation, 0:14-cv-00010

Stephen Fields
The Fields Law Firm
701 Washington Ave. N., Ste. 300
Minneapolis, MN 55401
Tel: (612) 370-1511
Fax: (612) 370-4256
Counsel for Plaintiff in Ashenfarb, et al. v.
Target Corporation, 0:14-cv-00010

Gustavo F. Bruckner
Jayne Goldstein
Pomerantz LLP
600 3rd Ave., 20th Floor
New York, NY 10016
Tel: (212) 661-1100
Fax: 212 (661) 8665
Counsel for Plaintiff in Salvador, et al. v.
Target Corporation, 0:14-cv-00022

Daniel R. Karon
Goldman Scarlato Karon & Penny, P.C.
700 W. St. Clair Ave., Ste. 204
Cleveland, OH 44113
Tel: (216) 622-1851
Fax: (216) 241-8175
Counsel for Plaintiff in Prado v. Target
Corporation

Mark S. Goldman

Counsel for Plaintiff in Alonso III v. Target
Corporation, 0:13-cv-03601

Gregory J. Brod
Brod Law Firm P.C.
96 Jesse St.
San Francisco, CA 94105
Tel: (415) 397-1130
Fax: (415) 397-2121
Counsel for Plaintiff in Alonso III v. Target
Corporation, 0:13-cv-03601

Jon A Tostrud
Tostrud Law Group PC
1925 Century Park East, Ste. 2125
Los Angeles, CA 90067
Tel: 310-278-2600
Fax: 310-278-2640
Counsel for Plaintiff in Chang, et al. v.
Target Corporation, 0:14-cv-00273

Jeffrey M Montpetit
Sieben Grose Von Holtum & Carey, Ltd.
901 Marquette Ave., Ste. 500
Minneapolis, MN 55402
Tel: 612-333-9762
Fax: 612-333-5970
Counsel for Plaintiff in Chang, et al. v.
Target Corporation, 0:14-cv-00273

Lionel Z. Glancy
Michael M. Goldberg
Marc L. Godino
Glancy Binkow & Goldberg LLP
1925Century Park East, Ste. 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
Counsel for Plaintiff in Chang, et al. v.
Target Corporation, 0:14-cv-00273

Laura K. Mummert
Goldman Scarlato Karon & Penny, P.C.
101 E. Lancaster Ave., Ste. 204
Wayne, PA 19087
Tel: (484) 342-0700
Counsel for Plaintiff in Prado v. Target
Corporation

Todd Miller
Solberg Stewart Miller
PO Box 1897
Fargo, ND 58107-1897
Tel: (701) 237-3166
Fax: (701) 237-4627
Counsel for Plaintiff in Hachey, et al. v.
Target Corporation, et al., 0:14-cv-00320

Daniel E Phillips
Mike Miller
Solberg Stewart Miller
PO Box 1897
Fargo, ND 58107-1897
Tel: (701) 237-3166
Fax: (701) 237-4627
Counsel for Plaintiff in Hill, et al. v. Target
Corporation, 0:14-cv-00322

Steven W. Teppler
Abbot Law Group P.A.
2929 Plummer Cove Road
Jacksonville, FL 32223
Tel: (904) 292-1111
Fax: (904) 292-1220
Counsel for Plaintiff in Reynoso v. Target
Corporation, et al.0:14-cv-00347

Jason T. Brown
JTB Law Group, LLC
155 2nd St., Ste. 4
Jersey City, NJ 07302
Tel: (201) 630-0000

Vahn Alexander
The Alexander Firm P.C.
1875 Century Park East, Ste. 700
Los Angeles, CA 90067
Tel: (310) 407-5335
Fax: (310) 407-5338
Counsel for Plaintiff in Chang, et al. v.
Target Corporation, 0:14-cv-00273

Louis A. McElroy, II
Law Office of Drew McElroy
1348 Dowell Springs Blvd.
Knoxville, TN 37909
Tel: (865) 357-7171
Counsel for Plaintiff in Marzoli, et al. v.
Target Corporation, 0:14-cv-00319

Robert P Christensen
Robert P. Christensen, P.A.
670 Park Place East
5775 Wayzata Blvd.
St. Louis Park, MN 55416
Tel: (612) 333-7733
Fax: (952) 767-6846
Counsel for Plaintiff in Marzoli, et al. v.
Target Corporation, 0:14-cv-00319

Mark. A. Tate
C. Dorian Britt
Tate Law Group, LLC
2 East Bryan St., Ste. 600
Savannah, GA 31401
Tel: (912) 234-3030
Counsel for Plaintiff in Marzoli, et al. v.
Target Corporation, 0:14-cv-00319

Robert B. Turner
Savage, Turner, Pinckney & Madison
304 East Bay St.
Savannah, GA 31412

Fax: (855) 582-5297
Counsel for Plaintiff in Santos et al v.
Target Corporation, et al., 0:14-cv-01109

Dianne M. Nast
Daniel N. Gallucci
Joanne E. Matusko
NastLaw, LLC
1101 Market St., Ste. 2801
Philadelphia, PA 19107
Tel: (215) 923-9300
Fax: (215) 923-9302
Counsel for Plaintiff in Ellison v. Target
Corporation, 0:14-cv-01118

Lynn L. Sarko
Gretchen F. Cappio
Cari C. Laufenberg
Karin B. Swope
Keller Rohrback L.L.P.
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
Counsel for Plaintiff in Sutton v. Target
Corporation, 0:14-cv-01125

Brian H. Brick
Hunter J. Shkolnik
Napoli Bern Ripka Shkolnik, LLP
350 Fifth Ave., Ste.7413
New York, NY 10118
Tel: (212) 267-3700
Fax: (212) 587-0031
Counsel for Plaintiff in Pietanza et al v.
Target Corporation, et al., 0:14-cv-01111

Steven A. Christensen
Zane Christensen
Christensen Young & Associates, PLLC
9980 South 300 West #200

Tel: (912) 231-1140
Counsel for Plaintiff in Marzoli, et al. v.
Target Corporation, 0:14-cv-00319

Gary W. Jackson
The Jackson Law Group, PLLC
225 E. Worthington Ave., Ste. 200
Charlotte, NC 28203
Tel: (704) 377-6680
Fax: (704) 377-6690
Counsel for Plaintiff in Knox v. Target
Corporation, 0:14-cv-01114

Charles H. Rabon, Jr.
Marshall P. Walker
Rabon Law Firm, PLLC
225 E. Worthington Ave., Ste. 100
Charlotte, NC 28203
Tel: (704) 247-3247
Fax: (704) 208-4645
Counsel for Plaintiff in Knox v. Target
Corporation, 0:14-cv-01114

Mike Miller
Todd Miller
Solberg Stewart Miller
1123 Fifth Ave. S.
P.O. Box 1897
Fargo, ND 58107-1897
Tel: (701) 237-3166
Fax: (701) 237-4627
Counsel for Plaintiff in Farol, et al. v.
Target Corporation, 0:14-cv-01115

Sandy, UT 84070
Tel: (801) 255-8727
Fax: (888) 350-3528
Counsel for Plaintiff in Schafer v. Target
Corporation, et al., 0:14-cv-01127

Eric J. Haag
Atterbury, Kammer & Haag, S.C.
8500 Greenway Blvd., Ste. 103
Middleton, WI 53562
Tel: 608-821-4600
Fax: 608-821-4610
Counsel for Plaintiff in Schafer v. Target
Corporation, et al., 0:14-cv-01127

Michael J. Modl
Axley Brynelson, LLP
2 E. Mifflin Street, Ste. 200
Madison WI 53703
Tel: 608.257.5661
Fax: 608.257.5444
Counsel for Plaintiff in Schafer v. Target
Corporation, et al., 0:14-cv-01127