UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re: Target Corporation Customer Data Security Breach Litigation**<br><br>**This document relates to:**<br><br>**First National Bank USA v. Target Corporation of Minnesota**<br><br>No. 0:14-cv-01102-PAM-JJK | **0:14-md-02522-PAM** |

## CORPORATE DISCLOSURE PURSUANT TO F.R.C.P. 7.1

NOW INTO COURT, through undersigned counsel, comes plaintiff, First National Bank, USA who hereby submits upon information and belief that its corporate status is as follows:

1.

Plaintiff First National Bank, USA is a federally-chartered community bank headquartered at 13386 U.S. 90 in Boutte, Louisiana.

2.

Plaintiff First National Bank, USA's parent company is First St. Charles Bancshares and its stock is not publicly traded.  No publicly held corporation owns 10% or more of First National Bank, USA's stock.


DATED: May 12, 2014          /s/ Irma L. Netting
                              ANDREW A. LEMMON (#18302)
                              Email: Andrew@lemmonlawfirm.com
                              IRMA L. NETTING (#29362)
                              Email: irma@lemmonlawfirm.com
                              DONNA M. BOSSIER (#18544)
                              Email: dbossier@me.com
                              LEMMON LAW FIRM, LLC
                              650 Poydras Street, Suite 2335
                              New Orleans,, LA 70130
                              Tel:   (504) 581-5644

        Fax:   (985) 783-1333

        BRANDT J. DUFRENE, JR. (#26020)
        13386 Highway 90
        Boutte, LA 70039
        Tel:    (985) 785-0004
        Fax:   (985) 785-8429
        Email: bdufrenelaw@aol.com

        Greg L. Davis
        DAVIS & TALIAFERRO, LLC
        7031 Halcyon Park Drive
        Montgomery, AL 36117
        Tel:  (334) 832-9080
        Fax:  (334) 409-7001
        Email:  gldavis@knology.net

        *Counsel for Plaintiff First National Bank USA*

## **CERTIFICATE**

I hereby certify that on May 12, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I further certify that I mailed the foregoing documents and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

**Anthony D. Irpino**
Irpino Law Firm
365 Canal Street Ste 2290
PRO HAC - Deactivated
New Orleans, LA 70130

**David Marciniszyn**
633 Willow Street
Waterbury, CT 06710

**Joshuaua Marciniszyn**
633 Willow Street
Waterbury, CT 06710

                                          /s/ Irma L. Netting
                                          ANDREW A. LEMMON (#18302)
                                          Email: Andrew@lemmonlawfirm.com
                                          IRMA L. NETTING (#29362)
                                          Email: irma@lemmonlawfirm.com
                                          DONNA M. BOSSIER (#18544)
                                          Email: dbossier@me.com
                                          LEMMON LAW FIRM, LLC
                                          650 Poydras Street, Suite 2335
                                          New Orleans,, LA 70130
                                          Tel:   (504) 581-5644
                                          Fax:  (985) 783-1333