UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE TARGET CORPORATION<br>CUSTOMER DATA SECURITY<br>BREACH LITIGATION<br><br>THIS DOCUMENT RELATES TO THE<br>BANK CASES | § <br> § <br> §    MDL No. 14-2522 (PAM/JJK)<br> § <br> § <br> §    JURY TRIAL DEMANDED<br> § |

**PLAINTIFF AMERICAN BANK OF COMMERCE
<u>RULE 7.1 CORPORATE DISCLOSURE</u>**

**TO THE HONORABLE DISTRICT COURT:**

Plaintiff American Bank of Commerce, through undersigned counsel, files this corporate disclosure and states as follows:

**I.**

Plaintiff American Bank of Commerce is a family-owned bank with locations throughout Texas and Colorado. It is headquartered at 530 East Highway 62/82, Wolfforth, Texas 79382.

**II.**

American Bank of Commerce does not have a parent corporation and its stock is not publicly traded. No publicly held corporation owns 10% or more of American Bank of Commerce's stock.

Dated: May 13, 2014

/s/ Richard L. Coffman
Richard L. Coffman
**THE COFFMAN LAW FIRM**
First City Building
505 Orleans St., Ste. 505
Beaumont, TX 77701
Telephone: (409) 833-7700
Facsimile: (866) 835-8250
Email: rcoffman@coffmanlawfirm.com

Mitchell A. Toups
**WELLER, GREEN TOUPS &TERRELL, LLP**
2615 Calder Ave., Suite 400
Beaumont, TX 77702
Telephone: (409) 838-0101
Facsimile: (409) 838-6780 (FAX)
Email: matoups@wgttlaw.com

G. Robert Blakey
Professor of Law Emeritus
Notre Dame Law School*
7002 East San Miguel Ave.
Paradise Valley, AZ 85253
Telephone: (574) 514-8220
Email: blakey.1@nd.edu

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2014 I electronically filed the foregoing Rule 7.1 Corporate Disclosure on behalf of Plaintiff American Bank of Commerce with the Clerk of the Court using the CM/ECF system which will send notice of filing to the email addresses for all counsel listed on the Electronic Mail Notice List.

/s/ Richard L. Coffman
Richard L. Coffman
**THE COFFMAN LAW FIRM**
First City Building
505 Orleans St., Ste. 505
Beaumont, TX 77701
Telephone: (409) 833-7700
Facsimile: (866) 835-8250
Email: rcoffman@coffmanlawfirm.com