UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE TARGET CORPORATION | § | |
| CUSTOMER DATA SECURITY | § | |
| BREACH LITIGATION | § | MDL No. 14-2522 (PAM/JJK) |
| | § | |
| | § | |
| THIS DOCUMENT RELATES TO THE | § | JURY TRIAL DEMANDED |
| BANK CASES | § | |

**PLAINTIFF EMPLOYEES CREDIT UNION'S
<u>RULE 7.1 CORPORATE DISCLOSURE</u>**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Plaintiff Employees Credit Union, through undersigned counsel, respectfully discloses the following:

**I.**

Plaintiff Employees Credit Union is a credit union chartered by the State of Texas with its principal place of business at 8989 Harry Hines Boulevard, Dallas, Texas 75236-1717.

**II.**

Employees Credit Union is owned by its members, does not have a parent corporation, and its stock is not publicly traded. No publicly held corporation owns 10% or more of Employees Credit Union stock.

Dated: May 13, 2014

        Respectfully submitted,

        /s/ Richard L. Coffman
        Richard L. Coffman
        **THE COFFMAN LAW FIRM**
        First City Building
        505 Orleans St., Ste. 505
        Beaumont, TX 77701
        Telephone: (409) 833-7700
        Facsimile: (866) 835-8250
        Email: rcoffman@coffmanlawfirm.com

        Mitchell A. Toups
        **WELLER, GREEN TOUPS &TERRELL, LLP**
        2615 Calder Ave., Suite 400
        Beaumont, TX 77702
        Telephone: (409) 838-0101
        Facsimile: (409) 838-6780 (FAX)
        Email: matoups@wgttlaw.com

        G. Robert Blakey
        Professor of Law Emeritus
        Notre Dame Law School*
        7002 East San Miguel Ave.
        Paradise Valley, AZ 85253
        Telephone: (574) 514-8220
        Email: blakey.1@nd.edu

        **COUNSEL FOR PLAINTIFF EMPLOYEES CREDIT UNION**

## CERTIFICATE OF SERVICE

    I hereby certify that on May 13, 2014, I electronically filed the foregoing Rule 7.1 Corporate Disclosure Statement on behalf of Plaintiff Employees Credit with the Clerk of the Court using the CM/ECF system, which will send notice of filing to all counsel listed on the Electronic Mail Notice List.

        /s/ Richard L. Coffman