UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE TARGET CORPORATION § <br> CUSTOMER DATA SECURITY § <br> BREACH LITIGATION § <br> § <br> § <br> THIS DOCUMENT RELATES TO THE § <br> BANK CASES § | MDL No. 14-2522 (PAM/JJK) <br><br><br><br> JURY TRIAL DEMANDED |

**PLAINTIFF KC POLICE CREDIT UNION'S**
**RULE 7.1 CORPORATE DISCLOSURE**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Plaintiff KC Police Credit Union, through undersigned counsel, respectfully discloses the following:

**I.**

Plaintiff KC Police Credit Union is a closed membership credit union with its principal place of business at 2800 East 14th Street, Kansas City, Missouri 64127-2140.

**II.**

KC Police Credit Union is owned by its members, does not have a parent corporation, and its stock is not publicly traded. No publicly held corporation owns 10% or more of KC Police Credit Union stock.

Dated: May 13, 2014

        Respectfully submitted,

        /s/ Richard L. Coffman
        Richard L. Coffman
        **THE COFFMAN LAW FIRM**
        First City Building
        505 Orleans St., Ste. 505
        Beaumont, TX 77701
        Telephone: (409) 833-7700
        Facsimile: (866) 835-8250
        Email: rcoffman@coffmanlawfirm.com

        Mitchell A. Toups
        **WELLER, GREEN TOUPS &TERRELL, LLP**
        2615 Calder Ave., Suite 400
        Beaumont, TX 77702
        Telephone: (409) 838-0101
        Facsimile: (409) 838-6780 (FAX)
        Email: matoups@wgttlaw.com

        G. Robert Blakey
        Professor of Law Emeritus
        Notre Dame Law School*
        7002 East San Miguel Ave.
        Paradise Valley, AZ 85253
        Telephone: (574) 514-8220
        Email: blakey.1@nd.edu

        **COUNSEL FOR PLAINTIFF KC POLICE CREDIT UNION**

## CERTIFICATE OF SERVICE

    I hereby certify that on May 13, 2014, I electronically filed the foregoing Rule 7.1 Corporate Disclosure Statement on behalf of Plaintiff KC Police Credit Union with the Clerk of the Court using the CM/ECF system, which will send notice of filing to all counsel listed on the Electronic Mail Notice list.

        /s/ Richard L. Coffman