UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE TARGET CORPORATION | § | |
| CUSTOMER DATA SECURITY | § | |
| BREACH LITIGATION | § | MDL No. 14-2522 (PAM/JJK) |
| | § | |
| | § | |
| THIS DOCUMENT RELATES TO | § | |
| THE BANK CASES | § | |

## COMMUNITYBANK OF TEXAS, N.A. RULE 7.1 CORPORATE DISCLOSURE

Plaintiff, CommunityBank of Texas, N.A., through the undersigned counsel, files this Corporate Disclosure and states as follows:

1.

Plaintiff CommunityBank of Texas, N.A. is a nationally-chartered bank headquartered at 5999 Delaware Street, Beaumont, Texas 77706.

2.

Plaintiff CommunityBank of Texas, N.A.'s parent company is CBFH, Inc. and its stock is not publicly traded.  No publicly held corporation owns 10% or more of CommunityBank of Texas, N.A.

DATED:  May 14, 2014              Respectfully submitted,


                                  /s/ Michael A. Havard

                                  Thomas Walter Umphrey
                                  Michael A. Havard
                                  PROVOST✶UMPHREY LAW FIRM, L.L.P.
                                  490 Park Street
                                  Beaumont, Texas 77701
                                  Phone:  409.838.8806
                                  Facsimile:  409.838.8803
                                  Email:  wu@pulf.com
                                  Email:  mhavard@pulf.com

Don Barrett
Barrett Law Group, P.A.
404 Court Square
PO Box 927
Lexington, MS 39095-0927
Phone:  662.834.2488
FAX:  662.834.2628
Email:  dbarrett@barrettlawgroup.com

Dewitt M. Lovelace
Lovelace and Associates, P.A.
12870 US Hwy 98 West, Ste. 200
Miramar Beach, FL 32550
Phone:  850.837.6020
FAX:  850.837.4093
Email:  dml@lovelacelaw.com

Mike Roberts
Jana K. Law
Stephanie E. Smith
Debra G. Josephson
Roberts Law Firm, P.A.
20 Rahling Circle
Little Rock, AR 72223
Phone:  501.476.7391
FAX:  501.821.4474
Email:  mikeroberts@robertslawfirm.us
Email:  janalaw@robertslawfirm.us
Email:  stephanieegner@robertslawfirm.us
Email:  debrajosephson@robertslawfirm.us

Ben Barnow
Erich P. Schork
Barnow and Associates, P.C.
1 North LaSalle St., Ste. 4600
Chicago, IL 60602
Phone:  312.621.2000
FAX:  312.641.5504
Email: b.barnow@barnowlaw.com
Email: e.schork@barnowlaw.com

        Rhett A. McSweeney
        McSweeny/Langevin LLC
        2116 2nd Ave S
        Minneapolis, MN 55404
        Phone:  612.746.4646
        FAX:  612.454.2678
        Email:  ram@westrikeback.com

        COUNSEL FOR COMMUNITYBANK
        OF TEXAS, N.A.

## **CERTIFICATE**

I hereby certify that on May 14, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of such filing to the e-mail addresses listed on the Electronic Mail Notice List.

                /s/Michael A. Havard
                Michael A. Havard