UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation ) )<br>)<br>This document relates to:   )<br>)<br>First Chatham Bank v. Target )<br>Corporation )<br>)<br>No. 0:14-cv-04425-PAM-JJK         ) | 0:14-md-02522-PAM |

## CORPORATE DISCLOSURE PURSUANT TO F.R.C.P. 7.1

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, First Chatham Bank who hereby submits upon information and belief that its corporate status is as follows:

1.

Plaintiff First Chatham Bank is a state-chartered community bank headquartered at 111 Barnard Street, Savannah, Georgia  31401.

2.

Plaintiff First Chatham Bank's parent company is FCB Financial Corporation and its stock is not publicly traded.  No publicly held corporation owns 10% or more of First Chatham Bank's stock.

DATED: May 21, 2014

  /s/ Mark A. Tate
Mark A. Tate
Georgia Bar No.  698820
*marktate@tatelawgroup.com*

TATE LAW GROUP, LLC
2 East Bryan Street, Suite 600
Post Office Box 9060
Savannah, Georgia 31401
912.234.3030

  /s/ Robert P. Christensen
Robert P. Christensen
Minnesota Bar No. 16597
*bob@mnadvocatesforjustice.com*

ROBERT P. CHRISTENSEN, P.A.
670 Park Place East
5775 Wayzata Boulevard
Minneapolis, MN 55416
Phone: (612) 333-7733