UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE TARGET CORPORATION | § | |
| CUSTOMER DATA SECURITY | § | |
| BREACH LITIGATION | § | MDL No. 14-2522 (PAM/JJK) |
| | § | |
| | § | |
| THIS DOCUMENT RELATES TO | § | JURY TRIAL DEMANDED |
| THE BANK CASES | § | |

**PLAINTIFF SOUTHERN CHAUTAUQUA FEDERAL CREDIT UNION'S
<u>RULE 7.1 CORPORATE DISCLOSURE</u>**

**TO THE HONORABLE DISTRICT COURT:**

Plaintiff Southern Chautauqua Federal Credit Union, through undersigned counsel, files this corporate disclosure and states as follows:

**I.**

Plaintiff Southern Chautauqua Federal Credit Union is a member owned and controlled financial cooperative. It is headquartered at 168 E. Fairmount Ave, Lakewood, New York 14750.

**II.**

Southern Chautauqua Federal Credit Union does not have a parent corporation and no publicly held corporation owns 10% or more of any Southern Chautauqua Federal Credit Union stock.

Dated:  May 23, 2014

        Respectfully submitted,

        **ZIMMERMAN REED, PLLP**

        By:<u>/s/ Brian C. Gudmundson</u>
        Charles S. Zimmerman MN 120054
        J. Gordon Rudd, Jr. MN 222082
        Brian C. Gudmundson MN 336695
        1100 IDS Center
        80 South 8th Street
        Minneapolis, MN 55402
        Tel: (612) 341-0400
        Fax: (612) 341-0844
        charles.zimmerman@zimmreed.com
        gordon.rudd@zimmreed.com
        brian.gudmundson@zimmreed.com

        James J. Pizzirusso
        **HAUSFELD LLP**
        1700 K Street NW, Suite 650
        Washington, DC  20006
        Tel:  (202) 540-7200
        Fax:  (202) 540-7201
        jpizzirusso@hausfeldllp.com

        Arthur N. Bailey, Esq.
        **ARTHUR N. BAILEY &**
        **ASSOCIATES**
        111 West Second Street
        Jamestown, NY 14701
        Tel: (716) 664-2967
        Fax: (716) 664-2983
        artlaw@windstream.net

        Eric H. Zagrans
        **ZAGRANS LAW FIRM LLC**
        6480 Rockside Woods Blvd. South
        Suite 180
        Cleveland, Ohio 44131
        Tel:  (216)771-1000

Fax: (866) 261-2008
eric@zagrans.com

*Counsel for Plaintiff Southern
Chautauqua Federal Credit Union*