UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE TARGET CORPORATION § <br> CUSTOMER DATA SECURITY § <br> BREACH LITIGATION § <br> § <br> § <br> THIS DOCUMENT RELATES TO § <br> THE BANK CASES § | MDL No. 14-2522 (PAM/JJK) <br><br><br> JURY TRIAL DEMANDED |

**PLAINTIFF FIRST FEDERAL SAVINGS OF LORAIN'S
<u>RULE 7.1 CORPORATE DISCLOSURE</u>**

**TO THE HONORABLE DISTRICT COURT:**

Plaintiff First Federal Savings of Lorain, through undersigned counsel, files this corporate disclosure and states as follows:

**I.**

Plaintiff First Federal Savings of Lorain is a federally chartered bank. It is headquartered at 3721 Oberlin Ave, Lorain, OH 44053

**II.**

First Federal Savings of Lorain does not have a parent corporation and no publicly held corporation owns 10% or more of First Federal Savings of Lorain's stock.

Dated:  May 23, 2014

        Respectfully submitted,

        **ZIMMERMAN REED, PLLP**

        By:<u>/s/ Brian C. Gudmundson</u>
        Charles S. Zimmerman MN 120054
        J. Gordon Rudd, Jr. MN 222082
        Brian C. Gudmundson MN 336695
        1100 IDS Center
        80 South 8th Street
        Minneapolis, MN 55402
        Tel: (612) 341-0400
        Fax: (612) 341-0844
        charles.zimmerman@zimmreed.com
        gordon.rudd@zimmreed.com
        brian.gudmundson@zimmreed.com

        James J. Pizzirusso
        **HAUSFELD LLP**
        1700 K Street NW, Suite 650
        Washington, DC 20006
        Tel: (202) 540-7200
        Fax: (202) 540-7201
        jpizzirusso@hausfeldllp.com

        Eric H. Zagrans
        **ZAGRANS LAW FIRM LLC**
        6480 Rockside Woods Blvd. South
        Suite 180
        Cleveland, Ohio 44131
        Tel: (216)771-1000
        Fax: (866) 261-2008
        eric@zagrans.com

        *Counsel for Plaintiff First Federal Savings of Lorain*