UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE TARGET CORPORATION § <br> CUSTOMER DATA SECURITY § <br> BREACH LITIGATION § <br> § <br> § <br> THIS DOCUMENT RELATES TO § <br> THE BANK CASES § | MDL No. 14-2522 (PAM/JJK) <br><br><br> JURY TRIAL DEMANDED |

**PLAINTIFF CSE FEDERAL CREDIT UNION'S
<u>RULE 7.1 CORPORATE DISCLOSURE</u>**

**TO THE HONORABLE DISTRICT COURT:**

Plaintiff CSE Federal Credit Union, through undersigned counsel, files this corporate disclosure and states as follows:

**I.**

Plaintiff CSE Federal Credit Union is a member owned and controlled financial cooperative. It is headquartered at 4321 Nelson Road, Lake Charles, LA 70605.

**II.**

CSE Federal Credit Union does not have a parent corporation and no publicly held corporation owns 10% or more of any CSE Federal Credit Union stock.

Dated:  May 23, 2014

    Respectfully submitted,

    **ZIMMERMAN REED, PLLP**

    By:/s/ Brian C. Gudmundson
    Charles S. Zimmerman MN 120054
    J. Gordon Rudd, Jr. MN 222082
    Brian C. Gudmundson MN 336695
    1100 IDS Center
    80 South 8th Street
    Minneapolis, MN 55402
    Tel: (612) 341-0400
    Fax: (612) 341-0844
    charles.zimmerman@zimmreed.com
    gordon.rudd@zimmreed.com
    brian.gudmundson@zimmreed.com

    Chris T. Hellums
    **PITTMAN, DUTTON & HELLUMS, P.C.**
    2001 Park Place North
    Suite 1100
    Birmingham, AL  35203
    Tel: (205) 322-8880
    Fax: (205) 328-2711
    chrish@pittmandutton.com

    Jonathan Kudulis
    **TRIMMIER, KUDULIS, REISINGER, LLC**
    2737 Highland Avenue South
    Birmingham, AL 35205
    Tel: (205) 251-3151
    Fax: (205) 322-6444
    jkudulis@trimmier.com

    David J. Hodge
    **MORRIS, KING & HODGE**
    200 Pratt Ave. NE
    Huntsville, AL 35801

3

Tel: (256) 536-0588
Fax: (256) 533-1504
DHodge@mkhlawyers.com

Gregory Zarzaur
**ZARZAUR LAW LLC**
2737 Highland Ave, Suite #1
Birmingham, AL 35205
Tel: (205) 983-7985
Fax: (888) 505-0523
gregory@zarzaur.com

*Counsel for Plaintiff CSE Federal Credit Union*

3