UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE TARGET CORPORATION CUSTOMER DATA SECURITY BREACH LITIGATION | § § § § § | MDL No. 14-2522 (PAM/JJK) |
| THIS DOCUMENT RELATES TO THE BANK CASES | § § § | JURY TRIAL DEMANDED |

**PLAINTIFF TUSCALOOSA CREDIT UNION'S
<u>RULE 7.1 CORPORATE DISCLOSURE</u>**

**TO THE HONORABLE DISTRICT COURT:**

Plaintiff Tuscaloosa Credit Union, through undersigned counsel, files this corporate disclosure and states as follows:

**I.**

Plaintiff Tuscaloosa Credit Union is a member owned and controlled financial cooperative. It is headquartered at 2929 Skyland Blvd E, Tuscaloosa, Alabama 35405.

**II.**

Tuscaloosa Credit Union does not have a parent corporation and no publicly held corporation owns 10% or more of any Tuscaloosa Credit Union stock.

Dated: May 23, 2014

        Respectfully submitted,

        **ZIMMERMAN REED, PLLP**

        By:<u>/s/ Brian C. Gudmundson</u>
        Charles S. Zimmerman MN 120054
        J. Gordon Rudd, Jr. MN 222082
        Brian C. Gudmundson MN 336695
        1100 IDS Center
        80 South 8th Street
        Minneapolis, MN 55402
        Tel: (612) 341-0400
        Fax: (612) 341-0844
        charles.zimmerman@zimmreed.com
        gordon.rudd@zimmreed.com
        brian.gudmundson@zimmreed.com

        Chris T. Hellums
        **PITTMAN, DUTTON & HELLUMS, P.C.**
        2001 Park Place North
        Suite 1100
        Birmingham, AL  35203
        Tel: (205) 322-8880
        Fax: (205) 328-2711
        chrish@pittmandutton.com

        Jonathan Kudulis
        **TRIMMIER, KUDULIS, REISINGER, LLC**
        2737 Highland Avenue South
        Birmingham, AL 35205
        Tel: (205) 251-3151
        Fax: (205) 322-6444
        jkudulis@trimmier.com

        David J. Hodge
        **MORRIS, KING & HODGE**
        200 Pratt Ave. NE
        Huntsville, AL 35801

3

        Tel: (256) 536-0588
        Fax: (256) 533-1504
        DHodge@mkhlawyers.com

        Gregory Zarzaur
        **ZARZAUR LAW LLC**
        2737 Highland Ave, Suite #1
        Birmingham, AL 35205
        Tel: (205) 983-7985
        Fax: (888) 505-0523
        gregory@zarzaur.com

        *Counsel for Plaintiff Tuscaloosa Credit Union*