UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation<br><br>This Document Relates To:<br><br>*Commercial Bancshares, Inc. v. Target Corporation*<br><br>No. 14-cv-1077 (PAM/JJK) | MDL No. 14-2522 (PAM/JJK)<br><br><br><br>**PLAINTIFF COMMERCIAL BANCSHARES, INC.'S RULE 7.1 CORPORATE DISCLOSURE** |

Plaintiff Commercial Bancshares, Inc., through the undersigned counsel, files this corporate disclosure and states as follows:

1.

Commercial Bancshares, Inc. is an Arkansas bank holding company with its principal headquarters at 224 East 4th Street, Texarkana, AR 71854.

2.

Commercial Bancshares, Inc. does not have a parent corporation and no publicly held corporation owns 10% or more of any Commercial Bancshares, Inc. stock.

Dated: May 23, 2014            Respectfully submitted,

                                                       **KESSLER TOPAZ
MELTZER & CHECK LLP**

                                                     */s/ Naumon A. Amjed*
                                                     Joseph H. Meltzer
                                                     Sean M. Handler
                                                     Naumon A. Amjed
                                                     Ryan T. Degnan
                                                     280 King of Prussia Road
                                                     Radnor, PA 19087
                                                     Tel: (610) 667-7706

Fax: (610) 667-7056
jmeltzer@ktmc.com
shandler@ktmc.com
namjed@ktmc.com
rdegnan@ktmc.com

**KEIL & GOODSON P.A.**
John C. Goodson
Matt Keil
406 Walnut Street
Texarkana, Arkansas 71854
Tel: (870) 772-4113
Fax: (870) 773-2967
jcgoodson@kglawfirm.com
mkeil@kglawfirm.com

**NIX, PATTERSON
& ROACH, LLP**
Brad E. Seidel
Christopher R. Johnson
Andrew G. Pate
3600 N. Capital of Texas Highway
Building B, Suite 350
Austin, TX  78746
Tel:  (512) 328-5333
Fax:  (512) 328-5335
bradseidel@nixlawfirm.com
cjohnson@npraustin.com
drewpate@nixlawfirm.com

*Attorneys for Commercial Bancshares, Inc.*