UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Target Corporation Customer
Data Security Breach Litigation,

MDL No. 14-2522 (PAM/JJK)

This document relates to all actions.

**AGENDA FOR INITIAL CASE
MANAGEMENT CONFERENCE**

The Court will hold a status conference in this matter on Wednesday, June 25, 2014, at 10:00 am in Courtroom 7D of the Warren E. Burger Federal Building and U.S. Courthouse, 316 N. Robert St., St. Paul, Minnesota. The following agenda will govern the proceedings at the case management conference.

I. Introductions

II. Report on Shareholder cases

    A. Court-issued stay in place until December 2014

        1. Consolidated complaint expected mid-July

        2. No scheduling order will issue in light of the stay

III. Scheduling Orders

    A. Stay of discovery will be lifted

    B. Consumer cases

    C. Bank cases

    D. Case numbers for consolidated complaints

        1. Should be filed in 14-md-2522, with appropriate notation "This document applies to all Consumer/Bank cases"

IV. Protective Order

V. ESI protocol

VI. Document repository

VII. Time/billing submission to Court

    A. Ex Parte Submission event code on CM/ECF

        1. drop-down menu will have the three required submissions

    B. One-time submission (per firm):  Hours billed before June 1, 2014

    C. One-time submission (per firm):  timekeeper billing rates

    D. Monthly submission (per firm):  hours billed

VIII. Future status conferences

    A. Thursday, August 14 at 3:00 pm

    B. Thursday, September 25 at 10:00 am

    C. Motions to be taken up at status conferences, if possible

The Court **DIRECTS** the Clerk to send a copy of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation and counsel of record.

**IT IS SO ORDERED.**

Dated:  June 24, 2014

                                                          *s/Paul A. Magnuson*
                                                          Paul A. Magnuson
                                                          United States District Court Judge