# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: TARGET CORPORATION CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 14-2522 (PAM/JJK)<br><br>**ORDER FOR HEARING** |

The Court, having received the Individual Plaintiffs Expedited Motion for Leave to File a Consolidated Amended Complaint [Docket No. 129] filed by attorney Richard Coffman, orders the following briefing schedule and hearing date:

Any responsive brief by lead counsel on behalf of financial institutions and Target Corporation shall be filed by July 15, 2014.

Any reply brief by movant shall be filed by July 21, 2014.

The hearing on the motion shall be held before the undersigned at 10:30 a.m. on July 24, 2014 in the United States District Court in St. Paul.

**IT IS SO ORDERED.**

Dated: July 8, 2014                    s/Paul A. Magnuson
                                       Paul A. Magnuson
                                       United States District Court Judge