# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation | MDL No. 14-2522 (PAM/JJK) |
| This Document Relates To The Bank Cases | **COORDINATING LEAD COUNSEL AND LEAD COUNSEL FOR THE BANK CASES AND CONSUMER CASES LR 7.1(F) CERTIFICATE OF COMPLIANCE** |

I, Jeffrey D. Bores, certify that:

The memorandum titled Financial Institution And Consumer Plaintiffs' Joint Opposition To Target Corporation's Motion To Stay Discovery complies with D. Minn. Local Rule 7.1(f).

Microsoft Word 2010 was used to prepare the memorandum and that this word processing program has been applied specifically to all text, including headings, footnotes, and quotations in the following word count.

The above document contains the following number of words: 9,703.

Dated: July 18, 2014

**CHESTNUT CAMBRONNE PA**

By:  s/Jeffrey D. Bores
    Karl L. Cambronne (#14321)
    kcambronne@chestnutcambronne.com
    Jeffrey D. Bores (#227699)
    jbores@chestnutcambronne.com
    Bryan L. Bleichner (#0326689)
    bbleichner@chestnutcambronne.com
    17 Washington Avenue North, Suite 300
    Minneapolis, MN 55401
    (612) 339-7300
    Fax (612) 336-2940
    *Coordinating Lead Counsel*

**ZIMMERMAN REED, PLLP**

Charles S. Zimmerman
charles.zimmerman@zimmreed.com
J. Gordon Rudd, Jr. (#222082)
gordon.rudd@zimmreed
Brian C. Gudmundson (#336695)
brian.gudmundson@zimmreed.com
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400

*Lead Counsel Financial Institution Cases*


**HEINS MILLS & OLSON, P.L.C.**

By:  s/Vincent J. Esades
Vincent J. Esades (#249361)
vesades@heinsmills.com
David Woodward (#018844X)
dwoodward@heinsmills.com
310 Clifton Avenue
Minneapolis, MN 55403
(612) 338-4605
Fax: (612) 338-4692

*Lead Counsel Consumer Cases*