UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation<br><br>This Document Relates to:<br><br>All Financial Institution Cases | MDL No. 14-2522 (PAM/JJK) |
| Umpqua Bank, Mutual Bank, Village Bank, CSE Federal Credit Union, and First Federal Savings of Lorain, individually and on behalf of a class of all similarly situated financial institutions in the United States,<br><br>        Plaintiffs,<br><br>vs.<br><br>Target Corporation,<br><br>        Defendant. | |

### DEFENDANT'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Target Corporation hereby moves for an order dismissing the Consolidated Class Action Complaint with prejudice.

This motion is based upon all of the files, records, and proceedings herein, including Defendant's Memorandum Of Law in Support Of Motion To Dismiss the

Consolidated Class Action Complaint and the Declaration of Douglas H. Meal and its exhibits.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: September 2, 2014 | s/ Wendy J. Wildung |
|  | Wendy J. Wildung, #117055 |
|  | Michael A. Ponto, #203944 |
|  | **FAEGRE BAKER DANIELS LLP** |
|  | 2200 Wells Fargo Center |
|  | 90 South Seventh Street |
|  | Minneapolis, MN 55402-3901 |
|  | P: (612) 766-7000 |
|  | F: (612) 766-1600 (Facsimile) |
|  | wendy.wildung@faegrebd.com |
|  | michael.ponto@faegrebd.com |
|  |  |
|  | Douglas H. Meal, MA #340971 |
|  | **ROPES & GRAY LLP** |
|  | Prudential Tower |
|  | 800 Boylston Street |
|  | Boston, MA  02199-3600 |
|  | P: (617) 951-7000 |
|  | F: (617) 951-7050 |
|  | Douglas.Meal@ropesgray.com |
|  |  |
|  | Michelle Visser, CA #277509 |
|  | **ROPES & GRAY LLP** |
|  | Three Embarcadero Center |
|  | San Francisco, CA 94111-4006 |
|  | P: (415) 315-6300 |
|  | F: (415) 315-6350 |
|  | Michelle.Visser@ropesgray.com |
|  |  |
|  | *Attorneys for Defendant Target Corporation* |

US.54791082.01