# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation<br><br>This Document Relates to:<br><br>All Consumer Cases | MDL No. 14-2522 (PAM/JJK) |

## CERTIFICATE OF SERVICE OF PROPOSED ORDER

I hereby certify that on March 18, 2015, I caused the following proposed order:

> [Proposed] Order Certifying a Settlement Class, Preliminarily Approving Class Action Settlement and Directing Notice to the Settlement Class

to be filed with the court via email to the following judge:

> Honorable Paul A. Magnuson   magnuson_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed to the following:

Wendy Wildung   wendy.wildung@faegrebd.com

David McDowell  dmcdowell@mofo.com

Nancy Thomas  NThomas@mofo.com

Karl Cambronne   kcambronne@chestnutcambronne.com

Rebekah Kaufman  rkaufman@mofo.com

Douglas H. Meal  douglas.meal@ropesgray.com

Michelle L. Visser   michelle.visser@ropesgray.com

Charles Zimmerman  charles.zimmerman@zimmreed.com

107013

Garrett D. Blanchfield  g.blanchfield@rwblawfirm.com

Karen Hanson Riebel riebekh@locklaw.com

E. Michelle Drake drake@nka.com

Date:  March 18, 2015                              s/ *Vincent J. Esades*
                                                   Vincent J. Esades (249361)
                                                   David Woodward (018844X)
                                                   HEINS MILLS & OLSON, P.L.C.
                                                   310 Clifton Avenue
                                                   Minneapolis, MN 55403
                                                   Tel.:  (612) 338-4605
                                                   Fax:  (612) 338-4692
                                                   vesades@heinsmills.com
                                                   dwoodward@heinsmills.com

                                                   **Lead Counsel Consumer Cases**