# EXHIBIT 8

# SETTLEMENT CLASS REPRESENTATIVES

1. Abels, Corey
2. Alston, Nicole
3. Barbour, Darine
4. Bearden, Misty
5. Bensinger, Steven
6. Bertucci, Heidi
7. Boasso, Christopher
8. Bok, Cathy
9. Boykin, Tasha
10. Breaux, Jonny
11. Brigida, Tracy
12. Bryant, Michele
13. Burnett, Timothy
14. Casey, Winston
15. Coca, Kenneth
16. Council, Bryan
17. Craig, Michael
18. Crawford, Jerry
19. Cueva, Rosemary
20. Davis, Raymond
21. Dean, David
22. Del Nagro, Christie
23. DeVito, Lisa
24. Dolemba, Herminia
25. Donald, Barbara
26. Dorobiala, Thomas
27. Dorsch, Terry
28. Eichorst, Pamela
29. Ellington, Misty
30. Eshtiyag, Sami
31. Fahy, John Patrick
32. Farol, Alissa
33. Fazio, Lynda
34. Ford, Gregory
35. Fowler, Bruce
36. Gleine, Dennis
37. Goldstein, Roni
38. Groves, Ted
39. Guercio, Deborah
40. Hausner, Anay

41. Heilman-Keck, Terri
42. Herring, Heather
43. Homa , Stephen
44. Huerta, Eliza
45. Humphrey, Ronald
46. Ignatova, Valentina
47. Jaroszewski, Paul
48. Jefferson, Robert
49. Keller, Brystal
50. Keller, Eric
51. Kelly, Marilyna
52. Kempe, Vartouhi
53. King , Aimee
54. Kirby, Jeanne
55. Kisner, Janice
56. Knicely, Jason
57. Knox, Jerron
58. Kowalcyk, Alexis
59. Kurtz, William
60. Lagano, Stephen
61. Lederman, Sylvia
62. Levin, Susan
63. Linscott II, Mark
64. Liston, Jason
65. Lovelace, Marion
66. Luby, Linda
67. Mackey, Patrick
68. Madison, Joseph
69. Mannion, Michelle
70. Marciniak, Matthew
71. Meier, Janice
72. Melnichuk, Julie
73. Meyers, John
74. Miller, Cheryl
75. Miller, Patricia
76. Moore, Piper
77. Morales, Michelle
78. Morgan, Sondra
79. Murphy, Lorne
80. Noe, Cynthia
81. Norder, Darcy

82. Oliver, Christie
83. Papka, Stephen
84. Pietanza, Martino
85. Polk, Cynthia
86. Prickett, Val
87. Quillian, Abda
88. Raleigh, Kami
89. Ramert, Kethra
90. Ransom, Gloria
91. Reynoso, Martha
92. Rippy, Amber
93. Rhodes, Deborah
94. Rogers, Cheryl
95. Rosellini, Tony
96. Rosenberg, Andrew
97. Rossi, Julia
98. Ryals, Susan
99. Sanders, Sharon
100. Savedow, Scott
101. Schmidt, Jodi
102. Schmidt, David
103. Simonsen, Anita
104. Smart, Frederick
105. Smith, Brian Parit
106. Sountharavong, Stan
107. Stewart, Amanda
108. Sutton, Aimee
109. Thomas, Dovina
110. Webb, Mary
111. Williams, Lois
112. Wilson, Jean
113. Wolff, Leslie