*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF MINNESOTA*

_____

| | |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation. | MDL No. 14md02522 PAM/JJK |
| This document relates to the Financial Institution Cases. | **NOTICE OF STATUS CONFERENCE** |

_____

**TAKE NOTICE** that a status conference in the financial institution cases has been set for the place, date and time set forth below:

Courtroom 5D
**Fort Myers Federal Courthouse**
2110 First Street
Fort Myers, FL 33901

**Before the Honorable Paul A. Magnuson**
**on Monday, April 27, 2015 at 10:00 a.m. EDT**

Dated:   April 16, 2015

*s/ Jackie Phipps*
Jackie Phipps, Courtroom Deputy
For Judge Paul A. Magnuson