UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation<br><br>This document relates to all Financial Institution cases | MDL No. 14-2522 (PAM/JJK)<br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION TO ENJOIN RELEASES AGAINST TARGET AND TO LIMIT AND CURE MISLEADING AND COERCIVE COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS** |

Plaintiffs hereby move the Court for preliminary injunction to enjoin releases against Target and to limit and cure misleading and coercive communications with putative class members.

This Motion is based upon the Memorandum of Law, Declaration of Charles S. Zimmerman and exhibits filed contemporaneously herewith, and upon all files, records, and proceedings in this matter.

Dated: April 21, 2015                                         Respectfully submitted,

| | |
|---|---|
| **CHESTNUT CAMBRONNE PA** | **ZIMMERMAN REED, PLLP** |
| By: s/ Karl L. Cambronne | By: s/ Charles S. Zimmerman |
| Karl L. Cambronne (MN 14321) | Charles S. Zimmerman (MN 120054) |
| Jeffrey D. Bores (MN 227699) | J. Gordon Rudd, Jr. (MN 222082) |
| Bryan L. Bleichner (MN 0326689) | Brian C. Gudmundson (MN 336695) |
| 17 Washington Avenue North, Suite 300 | 1100 IDS Center, 80 South 8th St. |
| Minneapolis, MN 55401 | Minneapolis, MN 55402 |
| Telephone: (612) 339-7300 | Telephone: (612) 341-0400 |
| kcambronne@chestnutcambronne.com | charles.zimmerman@zimmreed.com |
| jbores@chestnutcambronne.com | gordon.rudd@zimmreed.com |
| bbleichner@chestnutcambronne.com | brian.gudmundson@zimmreed.com |
| *Coordinated Lead Counsel for Plaintiffs* | *Lead Counsel for Financial Institution Plaintiffs* |

**REINHARDT WENDORF & BLANCHFIELD**
Garrett Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 287-2100
g.blanchfield@rwblawfirm.com

*Coordinating Liaison Counsel*

**LEVIN, FISHBEIN, SEDRAN & BERMAN**
Howard J. Sedran
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
hsedran@lfsblaw.com

**KESSLER TOPAZ MELTZER & CHECK LLP**
Naumon A. Amjed
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
namjed@ktmc.com

**SCOTT + SCOTT LLP**
Joseph P. Guglielmo
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: (212) 223-6444
jguglielmo@scott-scott.com

**HAUSFELD LLP**
James J. Pizzirusso
1700 K Street NW, Suite 650
Washington D.C. 20006
Telephone: (202) 540-7200
jpizzirusso@hausfeldllp.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Karen Hanson Riebel
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
khriebel@locklaw.com

*Bank Liaison Counsel*

**BARRETT LAW GROUP, P.A.**
Don Barrett
404 Court Square North
PO Box 927
Lexington, MS 39092
Telephone: (662) 834-9168
dbarrett@barrettlawgroup.com

**CARLSON LYNCH LTD**
Gary F. Lynch
115 Federal Street, Suite 210
Pittsburgh, PA 15212
Telephone: (412) 322-9243
glynch@carlsonlynch.com
sfellows@carlsonlynch.com

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS MILES, P.C.**
W. Daniel Miles, III.
272 Commerce Street
PO Box 4160
Montgomery, AL 36103-4160
Telephone: (334) 269-2343
dee.miles@beasleyallen.com

*Plaintiffs' Leadership Committee*