UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation<br><br>This Document Relates to:<br>All Financial Institutions Cases | MDL No. 14-2522 (PAM/JJK)<br><br>**CERTIFICATE OF SERVICE OF CONVENTIONALLY FILED/SEALED DOCUMENTS** |

I, David M. Cialkowski, hereby certify that on July 24, 2015, I caused the following documents:

- Memorandum of Law in Support of Financial Institution Plaintiffs' Motion to Unseal Certain Documents Cited In and Attached To Plaintiffs' Motion for Class Certification

to be filed conventionally with the Clerk of Court in accordance with Section IX of the Civil ECF Guide and that I caused a copy of the foregoing documents and the notice of electronic filing of the applicable placeholder to be hand delivered to the following:

Wendy Wildung
Faegre Baker Daniels
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402

and via electronic mail to the following:

Wendy Wildung wendy.wildung@faegrebd.com

Michelle Visser michelle.visser@ropesgray.com

Michael Ponto michael.ponto@faegrebd.com

Sunil Shenoi sunil.shenoi@ropesgray.com

Richard Batchelder richard.batchelder@ropesgray.com

Douglas Meal douglas.meal@ropesgray.com

Dated: July 24, 2015                                          Respectfully submitted,

**ZIMMERMAN REED, PLLP**

By: */s/ David M. Cialkowski*
David M. Cialkowski (MN 306526)
1100 IDS Center, 80 South 8th St.
Minneapolis, MN 55402
Telephone: (612) 341-0400
David.Cialkowski@zimmreed.com

*Counsel for Financial Institution Plaintiffs*