# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation<br><br>This Document Relates to:<br><br>All Consumer Cases<br><br>LEIF A. OLSON,<br><br>　　　　　Objector. | MDL No. 14-2522 (PAM/JJK) |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Melissa A. Holyoak, shall appear as counsel of record for Objector Leif A. Olson in this case.

| | |
|---|---|
| Dated: July 30, 2015. | /s/ Melissa A. Holyoak<br>Melissa A. Holyoak, (DC Bar No. 487759)<br>CENTER FOR CLASS ACTION FAIRNESS<br>1718 M Street NW, No. 236<br>Washington, DC 20036<br>Phone: (573) 823-5377<br>Email: melissaholyoak@gmail.com<br><br>*Attorneys for Objector Leif A. Olson* |

## CERTIFICATE OF SERVICE

The undersigned certifies she electronically filed the foregoing Notice of Appearance via the ECF system for the District of Minnesota, thus effecting service on all attorneys registered for electronic filing. Additionally she caused to be served via overnight courier a copy of this Notice of Appearance upon the following:

| | |
|---|---|
| Clerk of the Court<br>USDC, District of Minnesota 734 Federal Building<br>316 North Robert Street<br>St. Paul, MN 55101<br><br>David F. McDowell<br>Morrison & Foerster LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017-3543 | Vincent J. Esades<br>Heins Mills & Olson, P.L.C.<br>310 Clifton Avenue<br>Minneapolis, MN 55403 |

Additionally, she caused to be mailed a courtesy copy of the foregoing via overnight courier to:

    Hon. Paul A. Magnuson
    United States District Court
    734 Federal Building
    316 N. Robert Street
    St. Paul, MN 55101

Dated: July 30, 2015.                                          /s/ Melissa A. Holyoak