UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Target corporation Customer Date Security Breach Litigation<br><br>This Document Relates to:<br><br>All Consumer Cases | MDL No. 14-2522 (PAM/JJK)<br><br>OBJECTIONS TO PROPOSED CLASS ACTION SETTLEMENT |

Class Member, James Sciaroni, hereby objects to the proposed class action settlement in the proceeding known as *In re: Target Corporation Customer Data Security Breach Litigation*.

My name is James Sciaroni residing at 19 Savannah AVE, San Anselmo, CA 94960. Please see credit card statement attached as Exhibit A showing a $100 purchase at Target on December 11, 2013 using my Capital One credit card. Neither my attorney nor I do not intend on attending the fairness hearing and my attorney is a civil litigation attorney with knowledge of class action and has not represented an objector.

### INADEQUATE NON-MONETARY BENEFITS

The Non-Monetary benefits are inadequate and consist of business changes that were already in place before the Settlement. Class Counsel trumpets the non-monetary relief in this Settlement; however Defendant's concessions are illusory. The appointment of a "Chief Information Security Officer" is not a benefit to the Class. Target searched for a "Chief Information Security Officer" before the settlement was made. On May 5, 2014, Target selected Bob DeRodes to lead Target's information technology transformation as executive vice president and chief information officer http://pressroom.target.com/news/target-appoints-new-chief-information-officer-outlines-updates-on-security-enhancements). As of that date (10

1

months before the settlement agreement) Target was looking for an individual to assume the role of Chief Information Security Officer. Thus, the appointment of a Chief Information Security Officer is not a direct result of the Settlement and is not a benefit to the Class.

The remaining non-monetary relief (maintain a written information security program, maintain a process to monitor for information security events and to respond to such events determined to present a threat, and provide security training to Target employees) was already in place before the Settlement.

Before the Settlement, Target followed a set of standards referred to as the Payment Card Industry's Data Security Standard (PCI-DSS), which is required by all major credit card companies. Those standards outline the security practices for any organization that accepts, captures, stores, transmits and/or processes credit card information either manually or through an automated system. Target was certified as meeting the standard for the payment card industry in September 2013. The components of PCI-DSS apply to all transactions and include the requirement to: (1) build and maintain a secure network with appropriate firewalls; (2) protect cardholder data including stored data in any format and encrypted transmission across public networks; (3) maintain a vulnerability management program including use of anti-virus, confidential data detection and data encryption software and secure systems and applications; (4) implement strong access control measures including restricted access to cardholder data in all formats; monitor and test networks; and (6) maintain an information security policy. Target is similarly required to follow Minnesota state law which, like the law in other states, requires businesses to comply with standards that are equivalent to the PCI-DSS standards (see §325E.64 of the Minnesota State Statutes). As a result, the non-monetary relief provides no new benefits to the Class.

Even if the non-monetary relief required Target to implement new practices that benefited the Class, which it does not, the non-monetary relief permits Target to define what it will do and how it will do it, without any meaningful guidance for Court oversight. Worse, the non-monetary relief is limited to a period of 5 years (which is not disclosed in the Notice).

## INSUFFICIENT SETTLEMENT AGREEMENT

The Settlement Agreement also is unfair, unreasonable, and inadequate because it does not provide for how unclaimed and/or remaining settlement funds will be distributed. No stipulation for unclaimed/remaining settlement funds was made by the Parties. Instead, Class Counsel abrogated its duties to the Class and simply reserved the decision on the distribution of unclaimed/remaining settlement funds to the Court. The Class has the right to know how unclaimed settlement funds will be distributed and ultimately used before Final Approval.

## UNREASONABLE ATTORNEY'S FEES

The requested attorney's fees are unreasonable in comparison to the results achieved for the Class. The Settlement provides $10 million in monetary benefits, which equates to 0.09 cents per Class Member. Excluding named plaintiffs that experienced no injury, the class representatives experienced unreimbursed losses in the amount of a few dollars to a few thousand dollars. The Relief does not adequately compensate the Class and Class Counsel should not receive a windfall for its poor results.

The Court should reject Class Counsel's fee request and award a reasonable percentage of the common fund. Class Counsel is requesting the equivalent of 67.5% of the common fund. Though Target is paying notice and administration costs and attorney's fees separately from the common fund, the Court should carefully scrutinize the fee amount; the results achieved for

the Class do not warrant $6.75 million in fees. In the Eighth Circuit, the "percentage of the benefit approach" is generally recommended in common fund cases. Johnston v. Comerica Mortg. Corp., 83 F.3d 241 245 (8th Cir. 1996); see also Koenig v. U.S. Bank N.A., 291 F.3d 1035, 1038 (8th Cir. 2002). Although the terms of the settlement agreement provide that attorney fees derive from the Defendant rather than out of the Class' recovery, the entire settlement amount comes from the same source. The award to the Class and the agreement on attorney fees represent a package deal. Even if the fees are paid directly to the attorneys, those fees are an aspect of the Class' recovery. Id. (see In re General Motors, 55 F.3d at 821). Because the percentage of fund method is applicable, the Court should reject Class Counsel's fee request and award a reasonable percentage of the common fund. For example, the Ninth Circuit, which this Court finds instructive on other points of law, has a 25% benchmark for attorney's fees in common fund settlements. In the Ninth Circuit, Class Counsel would have needed to secure a common fund of $27 million in order to justify a fee request of $6.75 million. Class Counsel's fee request is unreasonable, excessive, and unfair to the Class. Such a large fee agreement combined with a comparatively small common fund suggests collusion. The Court should reduce Class Counsel's fee award and distribute the difference to the Class in order to protect the Class' interests.

## EXCESSIVE INCENTIVE AWARDS

Class Counsel requests more than $500,000 in incentive awards. The Court should reject incentive awards for named Plaintiffs that were not deposed because they did not aid in the prosecution of the case.

Date: July 23, 2015                     /s/ Robert C. Black, III/s/
                                        Robert C. Black, III
                                        Attorney for Objector
                                        7400 Metro Boulevard
                                        Suite 425
                                        Edina, MN 55439
                                        RCBlackLaw@aol.com
                                        952-831-1454

I, hereby, personally attest that I have discussed this objection with my attorney and have fully reviewed the objection.

Objector

James Sciaroni

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on the _____ and served by the same means on all counsel of record.

7/29/15

5

/s/ Robert C. Black, III
_____

Who knew car buying could be this easy? The key? Capital One's Blank Check. Apply now at www.capitalone.com/autoloans

EXHIBIT A



# WHO KNEW CAR BUYING COULD BE THIS EASY?

The key? Capital One's Blank Check.
Apply now at www.capitalone.com/autoloans



500989

**CapitalOne** Auto Finance

---



Page 1 of 3
Customer Service 1-800-955-7070
www.capitalone.com

Nov. 25 - Dec. 24, 2013   30 Days in Billing Cycle

**World MasterCard**                         Account ending in 1224

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| $1,778.80 | $25.00 | Jan 21, 2014 |

PLEASE PAY AT LEAST THIS AMOUNT

LATE PAYMENT WARNING: If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the Penalty APR of 29.40%.

Revolving Credit Limit: $7,500.00          Cash Advance Credit Limit: $3,750.00
Available Revolving Credit: $5,721.20      Available Credit for Cash Advances: $3,750.00

| Previous Balance | Payments and Credits | Fees and Interest Charged | Transactions | New Balance |
|---|---|---|---|---|
| $1,636.46 | − $2,516.01 | + $0.00 | + $2,658.35 | = $1,778.80 |

**TRANSACTIONS**

PAYMENTS, CREDITS & ADJUSTMENTS FOR JAMES C SCIARONI #1224
1  18 DEC  CREDIT-CASH BACK REWARD                              ($879.55)
2  21 DEC  CAPITAL ONE AUTOPAY PYMTAuthDate 27-NOV            ($1,636.46)

TRANSACTIONS FOR JAMES C SCIARONI #1224
1   22 NOV  SAFEWAY STORE00017236SAN ANSELMOCA        $21.88
2   23 NOV  PETCO 368  63503684SAN RAFAELCA            $16.34
3   23 NOV  WHOLEFDS SRF 10071SAN RAFAELCA             $16.22
4   23 NOV  ANDRONICOS MARKET 7SAN ANSELMOCA            $4.71
5   23 NOV  DRI*KASPERSKY.COMMINNETONKAMN              $59.95
6   23 NOV  TRADER JOE'S #061 QPSSAN RAFAELCA           $9.31
7   23 NOV  HILDA'S COFFEE SHOPSAN ANSELMOCA           $19.28
8   24 NOV  WALGREENS #7445SAN ANSELMOCA                $9.21
9   24 NOV  WALGREENS #7445SAN ANSELMOCA               $17.76
10  24 NOV  SAFEWAY STORE00017236SAN ANSELMOCA         $21.64
11  25 NOV  WHOLEFDS SRF 10071SAN RAFAELCA              $7.60
12  25 NOV  ANDRONICOS MARKET 7SAN ANSELMOCA            $2.49
13  26 NOV  GOOD EARTH NATURAL FFAIRFAXCA               $7.98
14  27 NOV  IN-N-OUT BURGER #125FAIRFIELDCA            $10.48
15  27 NOV  BATH & BODY WORKS 0613CITRUS HEIGHTCA      $32.94

Transactions continue on page 2

**REWARDS INFORMATION**

| PREVIOUS AVAILABLE REWARDS BALANCE | $845.35 |
|---|---|
| REWARDS EARNED THIS PERIOD (reflects transactions posted during this billing cycle) | $39.95 |
| REDEEMED THIS PERIOD | ($879.55) |
| AVAILABLE BALANCE AS OF 12/24/2013 | $5.75 |

For up-to-date rewards tracking, visit www.capitalone.com or simply call 1-800-228-3001

✓ **No Hassle** rewards

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 12.90% P | $0.00 | $0.00 |
| Cash Advances | 24.90% P | $0.00 | $0.00 |

P,L,D,F = Variable Rate. See reverse of page 1 for details

---

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

1  5466309073501224  24  1778801636460025008

**CapitalOne**

Account ending in 1224

| Due Date | New Balance | Minimum Payment | Amount Enclosed |
|---|---|---|---|
| Jan 21, 2014 | $1,778.80 | $25.00 | . |

PLEASE PAY AT LEAST THIS AMOUNT



**ORGANIZATION MADE EASY.**

Forget the filing.
Manage your account online and simplify your life.

Sign up at www.capitalone.com

400011

JAMES C SCIARONI
19 SAVANNAH AVE
SAN ANSELMO, CA 94960-2139

Capital One Bank (USA), N.A.
P.O. Box 60599
City of Industry, CA 91716-0599

Please make checks payable to Capital One Bank (USA), N.A. and mail with this coupon in the enclosed envelope.



## Take Control with Online Statements

**Managing your account online is easy:**
- Check your balance and view recent activity
- View and print copies of past statements
- Pay your bill online

Sign up at: www.capitalone.com

CapitalOne

---

 CapitalOne

Page 2 of 3
Customer Service 1-800-955-7070
www.capitalone.com

Nov. 25 - Dec. 24, 2013   30 Days in Billing Cycle

**World MasterCard**  Account ending in 1224

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| $1,778.80 | $25.00 | Jan 21, 2014 |

| | |
|---|---|
| Revolving Credit Limit: | $7,500.00 |
| Available Revolving Credit: | $5,721.20 |
| Cash Advance Credit Limit: | $3,750.00 |
| Available Credit for Cash Advances: | $3,750.00 |

| Previous Balance | − | Payments and Credits | + | Fees and Interest Charged | + | Transactions | = | New Balance |
|---|---|---|---|---|---|---|---|---|
| $1,636.46 | | $2,516.01 | | $0.00 | | $2,658.35 | | $1,778.80 |

### TRANSACTIONS CONTINUED

**TRANSACTIONS FOR JAMES C SCIARONI #1224 (CONTINUED)**

| # | Date | Description | Amount |
|---|---|---|---|
| 16 | 27 NOV | CHIPOTLE 0274CITRUS HEIGHTCA | $21.22 |
| 17 | 28 NOV | BSC*HTL INS800-431-2809CA | $78.00 |
| 18 | 29 NOV | WHOLEFDS SRF 10071SAN RAFAELCA | $2.49 |
| 19 | 29 NOV | IN-N-OUT BURGER #131SACRAMENTOCA | $8.68 |
| 20 | 29 NOV | TRADER JOE'S #061 QPSSAN RAFAELCA | $22.47 |
| 21 | 29 NOV | SAFEWAY STORE00017236SAN ANSELMOCA | $14.26 |
| 22 | 29 NOV | CONDE FREEMANCORTEMADERACA | $60.00 |
| 23 | 29 NOV | LARK SHOESSAN ANSELMOCA | $69.35 |
| 24 | 29 NOV | FRADELIZIOSFAIRFAXCA | $39.75 |
| 25 | 30 NOV | NETFLIX.COMNETFLIX.COMCA | $7.99 |
| 26 | 30 NOV | AVATARSFAIRFAXCA | $8.70 |
| 27 | 01 DEC | CENTURY THEATRES 47QPSSAN RAFAELCA | $7.75 |
| 28 | 01 DEC | ANDRONICOS MARKET 7SAN ANSELMOCA | $1.99 |
| 29 | 02 DEC | WALGREENS #7445SAN ANSELMOCA | $9.84 |
| 30 | 02 DEC | CSC DIRECT PAY PHONE08004644000CA | $302.00 |
| 31 | 02 DEC | STAPLES 00104927SAN RAFAELCA | $8.49 |
| 32 | 02 DEC | WHOLEFDS SRF 10071SAN RAFAELCA | $5.46 |
| 33 | 02 DEC | TRADER JOE'S #061 QPSSAN RAFAELCA | $1.79 |
| 34 | 02 DEC | SAFEWAY STORE00017236SAN ANSELMOCA | $1.99 |
| 35 | 03 DEC | SAFEWAY STORE00017236SAN ANSELMOCA | $18.47 |
| 36 | 03 DEC | Tamalpais Union HSDLARKSPURCA | $46.95 |
| 37 | 04 DEC | COMCAST CALIFORNIA800-COMCASTCA | $76.11 |
| 38 | 04 DEC | WHOLEFDS SRF 10071SAN RAFAELCA | $17.45 |
| 39 | 04 DEC | TRADER JOE'S #061 QPSSAN RAFAELCA | $14.10 |
| 40 | 04 DEC | TRADER JOE'S #061 QPSSAN RAFAELCA | $5.99 |
| 41 | 04 DEC | ANDRONICOS MARKET 7SAN ANSELMOCA | $2.49 |
| 42 | 05 DEC | ANDRONICOS MARKET 7SAN ANSELMOCA | $1.49 |
| 43 | 06 DEC | FRFX HLTH CLB - CKFR415-459-1030CA | $49.00 |
| 44 | 06 DEC | CRB*CARBONITE BACKUP877-6654466MA | $59.99 |
| 45 | 06 DEC | STAPLES 00104927SAN RAFAELCA | $52.30 |
| 46 | 06 DEC | WHOLEFDS SRF 10071SAN RAFAELCA | $6.85 |
| 47 | 06 DEC | TRADER JOE'S #061 QPSSAN RAFAELCA | $13.68 |
| 48 | 06 DEC | ANDRONICOS MARKET 7SAN ANSELMOCA | $2.49 |
| 49 | 06 DEC | COMFORTS CAFESAN ANSELMOCA | $23.00 |
| 50 | 07 DEC | TARGET 00027722SAN FRAFAELCA | $25.06 |
| 51 | 07 DEC | WHOLEFDS SRF 10071SAN RAFAELCA | $6.10 |
| 52 | 07 DEC | CHIPOTLE 1308SAN RAFAELCA | $14.61 |
| 53 | 08 DEC | WHOLEFDS SRF 10071SAN RAFAELCA | $11.61 |
| 54 | 09 DEC | VZWRLSS*APOCC VISW800-922-0204NJ | $103.21 |
| 55 | 09 DEC | SAFEWAY STORE00017236SAN ANSELMOCA | $26.20 |
| 56 | 10 DEC | WHOLEFDS SRF 10071SAN RAFAELCA | $3.98 |
| 57 | 10 DEC | TRADER JOE'S #061 QPSSAN RAFAELCA | $7.07 |
| 58 | 10 DEC | SAFEWAY STORE00017236SAN ANSELMOCA | $28.54 |
| 59 | 11 DEC | **TARGET 00006924NOVATOCA** | **$100.00** |
| 60 | 11 DEC | CHIPOTLE 1308SAN RAFAELCA | $5.40 |
| 61 | 11 DEC | SEPHORA 206NOVATOCA | $70.85 |
| 62 | 11 DEC | Tamalpais Union HSDLARKSPURCA | $46.95 |
| 63 | 12 DEC | OREILLY AUTO 00035568SAN RAFAELCA | $4.35 |
| 64 | 12 DEC | OREILLY AUTO 00035568SAN RAFAELCA | $4.35 |

**TRANSACTIONS FOR JAMES C SCIARONI #1224 (CONTINUED)**

| # | Date | Description | Amount |
|---|---|---|---|
| 65 | 12 DEC | WHOLEFDS SRF 10071SAN RAFAELCA | $1.50 |
| 66 | 12 DEC | TRADER JOE'S #061 QPSSAN RAFAELCA | $13.13 |
| 67 | 12 DEC | WALGREENS #7445SAN ANSELMOCA | $2.70 |
| 68 | 12 DEC | THE SEAFOOD PEDDLERSAUSALITOCA | $16.57 |
| 69 | 12 DEC | DELANOS IGA MARKETFAIRFAXCA | $11.29 |
| 70 | 12 DEC | AUTOPAY/DISH NTWK800-894-9131CO | $15.59 |
| 71 | 12 DEC | SAUSALITO PARKINGSAUSALITOCA | $2.00 |
| 72 | 13 DEC | TRADER JOE'S #061 QPSSAN RAFAELCA | $7.16 |
| 73 | 13 DEC | AVATARSFAIRFAXCA | $8.70 |
| 74 | 14 DEC | SAFEWAY STORE00017236SAN ANSELMOCA | $17.22 |
| 75 | 14 DEC | KOHL'S #1379SAN RAFAELCA | $45.13 |
| 76 | 14 DEC | WHOLEFDS SRF 10071SAN RAFAELCA | $1.50 |
| 77 | 14 DEC | TRADER JOE'S #061 QPSSAN RAFAELCA | $3.84 |
| 78 | 14 DEC | MARIN ON ICESAN RAFAELCA | $45.00 |
| 79 | 15 DEC | WALGREENS #4625SAN RAFAELCA | $50.00 |
| 80 | 15 DEC | WALGREENS #7445SAN ANSELMOCA | $9.75 |
| 81 | 15 DEC | STAPLES 00104927SAN RAFAELCA | $27.24 |
| 82 | 15 DEC | DOLRTREE 4724 00047241SAN RAFAELCA | $41.34 |
| 83 | 15 DEC | COST PLUS WLD #20GREEN8RAECA | $27.11 |
| 84 | 16 DEC | KAISER 039SAN RAFAELCA | $53.80 |
| 85 | 16 DEC | KAISER 02090397SAN RAFAELCA | $95.00 |
| 86 | 16 DEC | TRADER JOE'S #061 QPSSAN RAFAELCA | $1.69 |
| 87 | 16 DEC | ANDRONICOS MARKET 7SAN ANSELMOCA | $6.34 |
| 88 | 17 DEC | AVATARSFAIRFAXCA | $8.70 |
| 89 | 17 DEC | SAFEWAY STORE00017236SAN ANSELMOCA | $9.99 |
| 90 | 17 DEC | ANDRONICOS MARKET 7SAN ANSELMOCA | $2.49 |
| 91 | 19 DEC | WHOLEFDS SRF 10071SAN RAFAELCA | $7.22 |
| 92 | 19 DEC | PET COTTAGESAN ANSELMOCA | $17.87 |
| 93 | 20 DEC | SAFEWAY STORE00017236SAN ANSELMOCA | $98.38 |
| 94 | 21 DEC | RALEY'S #229AUBURNCA | $4.30 |
| 95 | 21 DEC | HOUSE OF BAGELSSAN RAFAELCA | $8.34 |
| 96 | 21 DEC | SUNSHINE BICYCLE CEFAIRFAXCA | $128.30 |
| 97 | 22 DEC | SAFEWAY STORE00015925KINGS BEACHCA | $90.51 |

| | |
|---|---|
| Total for James C Sciaroni #1224 | $2,658.35 |
| ▶ Total Transactions This Period | $2,658.35 |

**FEES**

| | |
|---|---|
| Total Fees This Period | $0.00 |

**INTEREST CHARGED**

| | |
|---|---|
| Total Interest This Period | $0.00 |

**TOTALS YEAR TO DATE**

| | |
|---|---|
| Total Fees This Year | $0.00 |
| Total Interest This Year | $0.00 |

Transactions continue on page 3