# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation<br><br>This Document Relates to all Financial Institution Cases | **PLACEHOLDER FOR EXPERT REPORT OF PIERRE-YVES CREMIEUX**<br><br>MDL No. 14-2522 (PAM/JJK) |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**EXPERT REPORT OF PIERRE-YVES CREMIEUX**

If you are a participant in this case, this filing will be served upon you in conventional format. This filing was not e-filed for the following reason(s):

____ Voluminous Document*

____ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB)

____ Physical Object (description):

____ Non Graphical/Textual Computer File (audio, etc.) on CD or other media

_X_ Item Under Seal pursuant to a court order* (Pursuant to Protective Order: DKT. No. 92)

____ Item under Seal pursuant to Fed.R.Civ.P. 5.2 and Fed.R.Crim. P. 49.1

____ Other (description): *Filing of these items requires Judicial Approval.

1

Date:  August 5, 2015                    Respectfully submitted,


  /s/  Douglas H. Meal
Douglas H. Meal
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
P:  (617) 951-7000
F:  (617) 951-7050
Douglas.Meal@ropesgray.com

Michelle Visser
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111-4006
P:  (415) 315-6300
F:  (415) 315-6350
Michelle.Visser@ropesgray.com

Wendy J. Wildung, #117055
Michael A. Ponto, #203944
**FAEGRE BAKER DANIELS LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
P:  (612) 766-7000
F:  (612) 766-1600 (Facsimile)
wendy.wildung@faegrebd.com
michael.ponto@faegrebd.com

*Attorneys for Defendant Target Corporation*