## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation<br><br>This Document Relates to:<br><br>All Financial Institution Cases | MDL No. 14-2522 (PAM/JJK) |
| Umpqua Bank, Mutual Bank, Village Bank, CSE Federal Credit Union, and First Federal Savings of Lorain, individually and on behalf of a class of all similarly situated financial institutions in the United States,<br><br>    Plaintiffs,<br><br>vs.<br><br>Target Corporation,<br><br>    Defendant. | |

## L.R. 7.1(a) MEET AND CONFER STATEMENT

   I hereby certify that counsel for Target Corporation has met and conferred with Plaintiffs' counsel to discuss Target's Motion to Exclude Certain Opinions of Dr. Robin Cantor and Neil Librock Pursuant to Federal Rule of Evidence 702.

   As a result of this conference, the parties did not agree on the resolution of any part of the motion.

| | |
|---|---|
| Date:  August 5, 2015 | */s/  Richard D. Batchelder, Jr.* |

Richard D. Batchelder, Jr., MA #556653
Douglas H. Meal, MA #340971
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
P:  (617) 951-7000
F:  (617) 951-7050
Richard.Batchelder@ropesgray.com
Douglas.Meal@ropesgray.com

Michelle Visser, CA #277509
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111-4006
P:  (415) 315-6300
F:  (415) 315-6350
Michelle.Visser@ropesgray.com

Wendy J. Wildung, #117055
Michael A. Ponto, #203944
**FAEGRE BAKER DANIELS LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
P:  (612) 766-7000
F:  (612) 766-1600 (Facsimile)
wendy.wildung@faegrebd.com
michael.ponto@faegrebd.com

*Attorneys for Defendant Target Corporation*