# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation<br><br>This document relates to all Financial Institution cases | MDL No. 14-2522 (PAM/JJK)<br><br>**PLACEHOLDER FOR REBUTTAL EXPERT REPORT OF DR. ROBIN CANTOR** |

      This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**REBUTTAL EXPERT REPORT OF DR. ROBIN CANTOR**

If you are a participant in this case, this filing will be served upon you in conventional format. This filing was not e-filed for the following reason(s):

___ Voluminous Document*

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, etc.) on CD or other media

X  Item Under Seal pursuant to a court order* (Pursuant to Protective Order: Dkt. No. 92)

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1

___ Other (description): * Filing of these items requires Judicial Approval.

Dated: September 3, 2015										Respectfully submitted,

**ZIMMERMAN REED, LLP**

By: */s/ Charles S. Zimmerman*
Charles S. Zimmerman (MN 120054)
1100 IDS Center, 80 South 8th St.
Minneapolis, MN 55402
Telephone: (612) 341-0400
charles.zimmerman@zimmreed.com

*Lead Counsel for Financial Institution Plaintiffs*