

JAMES J. PIZZIRUSSO  1700 K Street, NW
Suite 650
Washington, DC 20006

jpizzirusso@hausfeld.com

September 28, 2015

**VIA ECFS**

The Honorable Jeffrey J. Keyes
United States District Court for the District of Minnesota
646 Warren E. Burger Federal Courthouse
316 North Robert Street
St. Paul, MN 55101

    Re:    *In re: Target Corp. Customer Data Security Breach Litig.*, 14-md-02522-PAM-JJK

Dear Judge Keyes:

    On September 22, 2015, Plaintiffs filed their letter brief requesting the Court to issue an order compelling Target to produce certain documents from its privilege log relating to its investigation of the 2013 data breach. Dkt. No. 593. One of the e-mail chains included in the motion to compel was produced to Plaintiffs after Target's re-review of its original privilege log and is no longer the subject of dispute. *See* Entries 1360-65 (cited at Dkt. No. 593 at 4-5 and Appendix A). Plaintiffs withdraw their motion as to those entries only.

                                                Sincerely,

                                                James J. Pizzirusso

cc:    All Counsel of Record