# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation<br><br>This Document Relates to:<br><br>All Consumer Cases | MDL No. 14-2522 (PAM/JJK) |

## CONSUMER PLAINTIFFS' NOTICE OF HEARING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Consumer Plaintiffs by and through their counsel will move this Court on November 10, 2015 at 10:00 a.m. in Courtroom 7D before the Honorable Paul A. Magnuson, United States District Judge, United States Courthouse, 316 N. Robert Street, St. Paul, Minnesota, for the entry of Final Judgment: (a) finally approving the proposed settlement of this action set forth in the Settlement Agreement; (b) approving the requested service awards to each of the Class Representatives; (c) awarding attorneys' fees and expenses in the amount of $6.75 million pursuant to Consumer Plaintiffs' Motion for Payment of Service Awards to Class Representatives and for Award of Attorneys' Fees and Reimbursement of Expenses; and (d) dismissing this case with prejudice against Defendant (except for persons who have opted out of the Settlement) according to the terms of the Settlement.

Dated: October 9, 2015

Respectfully submitted,

s/ *Vincent J. Esades*
Vincent J. Esades (249361)
David Woodward (018844X)

109233

HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Tel.:  (612) 338-4605
Fax:  (612) 338-4692
vesades@heinsmills.com
dwoodward@heinsmills.com

**Lead Counsel Consumer Cases**

E. Michelle Drake (0387366)
NICHOLS KASTER, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel.:  (612) 256-3200
Fax:  (612) 338-4878
drake@nka.com

**Liaison Counsel Consumer Cases**

John A. Yanchunis
MORGAN & MORGAN COMPLEX LITIGATION GROUP, PA
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Tel.:  (813) 223-5505
Fax:  (813) 223-5402
jyanchunis@forthepeople.com

**Executive Committee - Coordinating Lead and Liaison Counsel**

Daniel C. Girard
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108
Tel.:  (415) 981-4800
Fax:  (415) 981-4846
DCG@girardgibbs.com

Ariana J. Tadler
MILBERG LLP

One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Tel.: (212) 594-5300
Fax: (212) 868-1229
atadler@milberg.com

Norman E. Siegel
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel.: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com

**Steering Committee Consumer Cases**