# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation<br><br>This Document Relates to:<br><br>All Consumer Cases<br><br>LEIF OLSON,<br><br>        Objector. | MDL No. 14-2522 (PAM/JJK) |

## OBJECTOR OLSON'S MOTION TO EXCLUDE
## EXPERT OPINION OF HON. ARTHUR J. BOYLAN

Pursuant to Federal Rule of Evidence 702, Objector Olson hereby moves for an order excluding the expert opinion of Hon. Arthur J. Boylan regarding the class action settlement's compliance with Rule 23 and regarding the structure and interpretation of the settlement contract, including paragraph 10 of Declaration of Hon. Arthur J. Boylan (Ret.) (Dkt. 360) and paragraphs 7, 8, 10, 11, 12, 13 of Declaration of Hon. Arthur J. Boylan (Ret.) (Dkt. 614). This Motion is based upon Objector Olson's Memorandum in Support of Motion to Exclude Expert Opinion of Hon. Arthur J. Boylan.

3

Dated: October 26, 2015.　　　　　/s/ Melissa A. Holyoak
　　　　　　　　　　　　　　　　Melissa A. Holyoak, (DC Bar No. 487759)
　　　　　　　　　　　　　　　　COMPETITIVE ENTERPRISE INSTITUTE,
　　　　　　　　　　　　　　　　CENTER FOR CLASS ACTION FAIRNESS
　　　　　　　　　　　　　　　　1899 L Street, NW, 12th Floor
　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　Phone: (573) 823-5377
　　　　　　　　　　　　　　　　Email: melissaholyoak@gmail.com

　　　　　　　　　　　　　　　　*Attorneys for Objector Leif Olson*

## CERTIFICATE OF SERVICE

The undersigned certifies she electronically filed the foregoing Motion via the ECF system for the District of Minnesota, thus effecting service on all attorneys registered for electronic filing. Additionally she caused to be served via First-Class mail a copy of this Motion upon the following:

| | |
|---|---|
| David Marciniszyn<br>633 Willow Street<br>Waterbury, CT 06710<br><br>Frank James Stretz<br>Zimmerman Law Offices, P.c.<br>77 W. Washington St.<br>Suite 1220<br>Chicago, IL 60602<br><br>Gregory Wood Jones<br>Siprut Pc<br>17 North State Street<br>Suite 1600<br>Chicago, IL 60602<br><br>John L Fink<br>1 Canal St.<br>Suit 201<br>Lawrence, MA 01840<br><br>Joshuaua Marciniszyn<br>633 Willow Street<br>Waterbury, CT 06710 | Melanie K. Nelson<br>Siprut PC<br>17 N. State Street<br>Chicago, IL 60602<br><br>Stefanie J Sundel<br>Bernstein Litowitz Berger & Grossmann LLP<br>1285 Avenue of the Americas 38th Fl<br>New York, NY 10019<br><br>Tamra Givens<br>Morgan & Morgan PA<br>One Tampa City Center 201 N Franklin St 7th Flr<br>Tampa, FL 33602<br><br>Thomas A. Kearney<br>Kearney Littlefield, LLP<br>633 West Fifth Street<br>28th Floor<br>Los Angeles, CA 90071 |

Dated: October 26, 2015.                                         /s/ Melissa A. Holyoak