# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation<br><br>This Document Relates to:<br><br>All Consumer Cases<br><br>LEIF OLSON,<br><br>           Objector. | MDL No. 14-2522 (PAM/JJK) |

## OBJECTOR OLSON'S NOTICE OF HEARING ON MOTION TO EXCLUDE EXPERT OPINION OF HON. ARTHUR J. BOYLAN

**PLEASE TAKE NOTICE** that the hearing on the Motion to Exclude Expert Opinion of Hon. Arthur J. Boylan pursuant to Federal Rule of Evidence 702 brought by Objector Olson in the above-described action will be heard before The Honorable Paul A. Magnuson, United States District Judge, in Courtroom 7D, at the United States Courthouse, 316 North Robert Street, St. Paul, Minnesota, commencing at 10:00 a.m. on November 10, 2015, and continuing thereafter by adjournment until the same shall be completed.

3

Dated: October 26, 2015.    /s/ Melissa A. Holyoak
                            Melissa A. Holyoak, (DC Bar No. 487759)
                            COMPETITIVE ENTERPRISE INSTITUTE,
                            CENTER FOR CLASS ACTION FAIRNESS
                            1899 L Street, NW, 12th Floor
                            Washington, DC 20036
                            Phone: (573) 823-5377
                            Email: melissaholyoak@gmail.com

                            *Attorneys for Objector Leif Olson*

## CERTIFICATE OF SERVICE

The undersigned certifies she electronically filed the foregoing Notice of Hearing on Motion via the ECF system for the District of Minnesota, thus effecting service on all attorneys registered for electronic filing. Additionally she caused to be served via First-Class mail a copy of this Notice of Hearing on Motion upon the following:

| | |
|---|---|
| David Marciniszyn<br>633 Willow Street<br>Waterbury, CT 06710<br><br>Frank James Stretz<br>Zimmerman Law Offices, P.c.<br>77 W. Washington St.<br>Suite 1220<br>Chicago, IL 60602<br><br>Gregory Wood Jones<br>Siprut Pc<br>17 North State Street<br>Suite 1600<br>Chicago, IL 60602<br><br>John L Fink<br>1 Canal St.<br>Suit 201<br>Lawrence, MA 01840<br><br>Joshuaua Marciniszyn<br>633 Willow Street<br>Waterbury, CT 06710 | Melanie K. Nelson<br>Siprut PC<br>17 N. State Street<br>Chicago, IL 60602<br><br>Stefanie J Sundel<br>Bernstein Litowitz Berger & Grossmann LLP<br>1285 Avenue of the Americas 38th Fl<br>New York, NY 10019<br><br>Tamra Givens<br>Morgan & Morgan PA<br>One Tampa City Center 201 N Franklin St 7th Flr<br>Tampa, FL 33602<br><br>Thomas A. Kearney<br>Kearney Littlefield, LLP<br>633 West Fifth Street<br>28th Floor<br>Los Angeles, CA 90071 |

Dated: October 26, 2015.                                        /s/ Melissa A. Holyoak