# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation | MDL No. 14-2522 (PAM/JJK) |
| This Document Relates to: | |
| All Consumer Cases | |
| | |
| LEIF OLSON, | |
| Objector. | |

## CERTIFICATE OF SERVICE OF PROPOSED ORDER

I hereby certify that on October 26, 2015, I caused the proposed order regarding Objector Olson's Motion to Exclude Expert Testimony, Dkt. # 623 to be filed with the court via email to the following judge who is hearing the motion:

The Honorable Paul A. Magnuson

magnuson_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed to the following:

vesades@heinsmills.com

dwoodward@heinsmills.com

drake@nka.com

jyanchunis@forthepeople.com

DCG@girardgibbs.com

atadler@milberg.com

siegel@stuevesiegel.com

douglas.meal@ropesgray.com

michael.ponto@FaegreBD.com

wendy.wildung@faegrebd.com

anapp@rc.com

dmcdowell@mofo.com

fredburnside@dwt.com

gtarantino@hdbdk.com

hmcelhinny@mofo.com

jlonden@mofo.com

magoglia@mofo.com

michelle.visser@ropesgray.com

nthomas@mofo.com

pkenny@armstrongteasdale.com

rkaufman@mofo.com

rflanders@hinckleyallen.com

slunier@mofo.com

sford@lightfootlaw.com

sedwards@hdbdlaw.com

sbrennan@mabr.com

waddell@fridayfirm.com

wackerman@rc.com

Dated: October 26, 2015.          /s/ Melissa A. Holyoak
                                  Melissa A. Holyoak, (DC Bar No. 487759)
                                  COMPETITIVE ENTERPRISE INSTITUTE,
                                  CENTER FOR CLASS ACTION FAIRNESS
                                  1899 L Street, NW, 12th Floor
                                  Washington, DC 20036
                                  Phone: (573) 823-5377
                                  Email: melissaholyoak@gmail.com

                                  *Attorneys for Objector Leif Olson*

## CERTIFICATE OF SERVICE

The undersigned certifies she electronically filed the foregoing Certificate via the ECF system for the District of Minnesota, thus effecting service on all attorneys registered for electronic filing. Additionally she caused to be served via First-Class mail a copy of this Certificate upon the following:

| | |
|---|---|
| David Marciniszyn<br>633 Willow Street<br>Waterbury, CT 06710 | Melanie K. Nelson<br>Siprut PC<br>17 N. State Street<br>Chicago, IL 60602 |
| Frank James Stretz<br>Zimmerman Law Offices, P.c.<br>77 W. Washington St.<br>Suite 1220<br>Chicago, IL 60602 | Stefanie J Sundel<br>Bernstein Litowitz Berger & Grossmann LLP<br>1285 Avenue of the Americas 38th Fl<br>New York, NY 10019 |
| Gregory Wood Jones<br>Siprut Pc<br>17 North State Street<br>Suite 1600<br>Chicago, IL 60602 | Tamra Givens<br>Morgan & Morgan PA<br>One Tampa City Center 201 N Franklin St 7th Flr<br>Tampa, FL 33602 |
| John L Fink<br>1 Canal St.<br>Suit 201<br>Lawrence, MA 01840 | Thomas A. Kearney<br>Kearney Littlefield, LLP<br>633 West Fifth Street<br>28th Floor<br>Los Angeles, CA 90071 |
| Joshuaua Marciniszyn<br>633 Willow Street<br>Waterbury, CT 06710 | |

Dated: October 26, 2015.                    /s/ Melissa A. Holyoak