**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation<br><br>This document relates to:<br>All Financial Institution Cases | MDL No. 14-2522 (PAM/JJK) |

**ORDER**

This matter came before the Court on the parties' Stipulation regarding Due Date for Settlement Class Member Claims to be Filed ("Stipulation") [Docket No. 665]. Based on the agreement of the parties, the nature of the settlement and notice plan, and the record in this case, **IT IS HEREBY ORDERED that** Settlement Class members must submit completed claim forms through TargetBankSettlement.com on or by March 22, 2016, or by U.S. mail, postmarked no later than March 22, 2016.

Dated:  December 15, 2015          *s/Paul A. Magnuson*
                                    Paul A. Magnuson
                                    United States District Court Judge