# EXHIBIT A

**Subject:** Re: Target Consumer Privacy Breach Settlement - Appeal
**Date:** Thursday, December 17, 2015 at 11:18:26 AM Central Standard Time
**From:** Lindsay Gibson <gibsonlindsay14@gmail.com>
**To:** Vincent J. Esades <vesades@heinsmills.com>

Hi,

I have not employed any attorney. If you wish to discuss anything about the case please contact my father, Dennis Gibson, who is an attorney. His email address is gibson@lawgibson.com and his phone number is 214-292-6627.

Lindsay Gibson

On Dec 17, 2015, at 9:41 AM, Vincent J. Esades <vesades@heinsmills.com> wrote:

> Lindsey: We are in receipt of your notice of appeal. Could you provide with me the contact information for your lawyer with whom you have been working so I can deal with them directly. Thanks.
>
> **Vincent J. Esades**
> Heins Mills & Olson, P.L.C.
> 310 Clifton Avenue
> Minneapolis, MN 55403
>
> <B1F10563-85F9-4F6C-8D61-28E49B5D5333[32].png>
> www.heinsmills.com
> Phn: (612) 338-4605
> Fax: (612) 338-4692
>
> ***Privilege and Confidentiality Notice***
>
> The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any disclosure, copying or distribution of this communication, or the taking of any action based on it, is strictly prohibited. If you have received this communication in error, please immediately notify the sender by replying to this electronic e-mail or call us at (612) 338-4605. Thank you.