CASE 0:14-md-02522-PAM   Document 734   Filed 03/04/16   Page 1 of 1

**CREDIT UNION OF OHIO**

5500 Britton Pkwy, Hilliard, OH 43026
cuofohio.org

February 29, 2016

**RECEIVED BY MAIL**
MAR 04 2016
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Clerk of the Court
USDC District of Minnesota
734 Federal Building
316 North Robert Street
St. Paul MN  55101

In re: *Target Corporation Customer Data Security Breach Litigation*

To Whom It May Concern:

The following financial institution wishes to object to the proposed Target data breach settlement:

Credit Union of Ohio
5500 Britton Parkway
Hilliard, OH  43026
614-487-6650

Our written statement of objections includes:
- The time frame included in the proposed settlement, December 19, 2013 – March 31, 2014, is unreasonably short, resulting in 96% of our Target related fraud losses being excluded from the settlement
- Total unreimbursed fraud losses incurred directly as a result of the Target data breach equals $45,036.08, of which only $1,952.76 is eligible to be included in the claim process

Credit Union of Ohio does not intend to appear, nor have council to appear and argue, at the Final Approval Hearing.

We are a member of the Settlement Class because:
- We issued payment cards that were identified by Visa in an alert as having been at risk as a result of the Target Data Breach; and
- We have not previously released our claims against Target; and
- We received Official Court Notice ID:  00012112 and Notice ID:  00033378; informing us of our rights in relation to the class action suit

Sincerely,

Rich Capuano
President/CEO

