UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Target Corporation Customer                MDL No. 14-2522 (PAM/JJK)
Data Security Breach Litigation,

This document relates to:                                                **ORDER**
**Consumer Cases.**

---

This matter is before the Court on Objector Leif Olson's unopposed Motion to Release Funds. Objector Olson seeks to withdraw a portion of the funds deposited as an appeal bond in light of the Eighth Circuit's determination that this Court's appeal-bond requirement was too high.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Olson's Motion (Docket No. 777) is **GRANTED**;

2. The Clerk shall withdraw from the Court registry $46,872, and direct payment of that amount to the Competitive Enterprise Institute, 1310 L. Street NW, 7th Floor, Washington, DC 20005;

3. The remainder of the appeal bond shall remain on deposit in the Court's registry pending further order; and

4. In light of the agreement of the parties as to the relief sought, the 14-day stay under Fed. R. Civ. P. 62 is waived and the funds may be released immediately.

Dated: March 6, 2017

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge