# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation | MDL No. 14-2522 (PAM/JJK) |
| This Document Relates to: |  |
| All Consumer Cases |  |
| LEIF A. OLSON, |  |
| Objector. |  |

## OBJECTOR OLSON'S AMENDED NOTICE OF APPEAL

Out of an abundance of caution, notice is hereby given that objecting class member Leif A. Olson hereby amends his December 15, 2015 Notice of Appeal (Dkt. No. 668), currently docketed at the United States Court of Appeals for the Eighth Circuit as Case No. 15-3912. In addition to the already pending appeal from the Court's Memorandum and Order (Dkt. No. 645), Olson also appeals the Memorandum and Order (Dkt. 791) granting Consumer Plaintiffs' Renewed Motion to Certify Class in Accordance with Limited Remand Order, entered on May 17, 2017, and all opinions and orders that merge therein.

Dated: June 2, 2017.

/s/ Melissa A. Holyoak
Melissa A. Holyoak, (DC Bar No. 487759)
COMPETITIVE ENTERPRISE INSTITUTE,
CENTER FOR CLASS ACTION FAIRNESS
1310 L Street, NW, 7th Floor
Washington, DC 20005
Phone: (573) 823-5377
Email: melissaholyoak@gmail.com

*Attorneys for Objector Leif A. Olson*

## CERTIFICATE OF SERVICE

The undersigned certifies she electronically filed the foregoing Amended Notice of Appeal via the ECF system for the District of Minnesota, thus effecting service on all attorneys registered for electronic filing. Additionally she caused to be served via first class mail a copy of the foregoing upon the following:

| | |
|---|---|
| David Marciniszyn<br>633 Willow Street<br>Waterbury, CT 06710<br><br>John L Fink<br>1 Canal St.<br>Suit 201<br>Lawrence, MA 01840<br><br>Joshuaua Marciniszyn<br>633 Willow Street<br>Waterbury, CT 06710 | Lindsay Gibson<br># 917<br>2215 Cedar Springs Road<br>Dallas, TX 75201<br><br>Sam Miorelli<br>764 Ellwood Ave<br>Orlando, FL 32804 |

Dated: June 2, 2017.                    /s/ Melissa A. Holyoak