

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Tricia M. Pepin, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street, Suite 100 St. Paul, MN  55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street, Suite 417 Duluth, MN 55802 (218) 529-3500 | Edward J. Devitt U.S. Courthouse and Federal Building 118 South Mill Street, Suite 212 Fergus Falls, MN  56537 (218) 739-5758 |

## TRANSMITTAL OF APPEAL

Date:   June 5, 2017

To:      U.S. COURT OF APPEALS, 8TH CIRCUIT

From:  LP Holden, U.S. District Court-Minnesota

In Re:  District Court Case No.:  14md2522 PAM
       Eighth Circuit Case No.:  Not yet assigned
       Case Title:  IN RE: Target Corporation Customer Data Security Breach Litigation

The statutory filing fee has:
       ☒been paid, receipt number: AMNDC-5539378
       ☐not been paid as of Add date
            IFP      ☐is   ☐is not pending
       ☐been waived because:
            ☐Application for IFP granted        ☐USA filed appeal

Length of Trial:  N/A

Was a court reporter utilized?        ☒Yes   ☐No
       If yes, please identify the court reporter:
       Name:  Carla Bebault
       Address: Add street address
              Add street address
              Add city, state and zip
       Phone:  Add phone number

Transcript(s):

| Docket No. | Date | Proceeding |
|---|---|---|
| 790 | 5/10/17 | Motion hearing |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |