UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation | MDL No. 14-2522 (PAM) |
| This document relates to the Financial Institution Cases. | **MEMORANDUM AND ORDER** |

Based on the agreement of the parties pursuant to Paragraph 5.3.3 of the Settlement Agreement, **IT IS HEREBY ORDERED that** the remaining funds in the amount of $3,249.88 in the Settlement Class Escrow Account be distributed by the Settlement Administrator to Urban Ventures, 2924 4th Ave S, Minneapolis, MN, 55408.

Date: September 18, 2018

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge