UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation, | MDL No. 14-2522 (PAM/JJK) |
| This document relates to:<br>**All Cases.** | **ORDER** |

This matter is before the Court on the Consumer Plaintiffs' notice that the settlement fund in the Consumer Cases has been either distributed to claimants or escheated to the states of residence of claimants who have yet to cash their settlement checks. Target agrees that this notice means that this multi-district litigation can be closed. (Docket No. 827.)

Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  Friday, July 9, 2021

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge